# ORIGINAL

FILED

1

2    Matthew H. Marmolejo (SBN 242964)
      *mmarmolejo@mayerbrown.com*
      MAYER BROWN LLP

3    350 South Grand Avenue, 25th Floor

4    Los Angeles, CA 90071-1503
      Tel: (213) 229-9500

5    Fax: (213) 576-8185

6

7    Kelly B. Kramer (*pro hac vice* pending)
      *kkramer@mayerbrown.com*

8    MAYER BROWN LLP
      1999 K Street, NW

9    Washington, D.C. 20006
      Tel: (202) 263-3007

10   Fax: (202) 263-5207

11

12   Attorneys for Relator
      ISLAND INDUSTRIES, INC.

13

14

15                  **UNITED STATES DISTRICT COURT**

16                  **CENTRAL DISTRICT OF CALIFORNIA**

17

18   UNITED STATES OF AMERICA *ex           Case No. _____
      rel.* ISLAND INDUSTRIES, INC.,
                                            **CV 17-04393** RGK(KSx)
19              Plaintiff,
                                            **COMPLAINT FOR VIOLATIONS**
20        vs.                               **OF THE FALSE CLAIMS ACT**

21   VANDEWATER INTERNATIONAL                **Not to be Posted on PACER**
      INC.; NEIL REUBENS; ANVIL
22   INTERNATIONAL, LLC.; SIGMA
      CORPORATION; SMITH COOPER             **FILED UNDER SEAL**
23   INTERNATIONAL; ALLIED RUBBER           **Pursuant to 31 U.S.C. § 3730(b)(2)**
24   & GASKET COMPANY, and JOHN
      DOES Nos. 1-10.,
25
                Defendants.
26

27

28

2017 JUN 13  PM 4: 00

CLERK U.S. DISTRICT COURT
CENTRAL DIST. OF CALIF.
LOS ANGELES
BY_____

PAID

JUN 13 2017

Clerk, US District Court
COURT 4612



---

**COMPLAINT FOR VIOLATIONS OF THE FALSE CLAIMS ACT**

The United States of America *ex rel.* Island Industries, Inc. ("Relator"),
complaining of VANDEWATER INTERNATIONAL, INC. ("VANDEWATER");
NEIL REUBENS ("REUBENS"); ANVIL INTERNATIONAL, LLC ("ANVIL");
SIGMA CORPORATION ("SIGMA"); SMITH COOPER INTERNATIONAL
("SMITH COOPER"); ALLIED RUBBER & GASKET CO., INC. ("ARGCO");
and JOHN DOES NOS. 1-10 (collectively "Defendants"), alleges and says as
follows:

## INTRODUCTION

1.     Relator is an American manufacturer of fire protection and steel piping
system supplies.  Among other things, it manufactures carbon steel butt-weld pipe
fittings for use in fire protection systems.  Specifically, Relator manufactures
grooved welded outlets.  Others in the market manufacture grooved and female
threaded outlets.  Because all of these products are designed to be welded on one of
the fittings to another piece of pipe, they are all commonly referred to as "Welded
Outlets."  Relator estimates that the domestic market for Welded Outlets is roughly
$25 million annually.

2.     Several Chinese companies, including, but not limited to, Beijing Bell
Plumbing Manufacturing Ltd. ("Beijing Bell"), Jinan Meide Casting Co., Ltd.
("Jinan Meide"), and Shanghai Vision Mechanical Joint Co., Ltd. ("Shanghai
Vision") (collectively, the "Chinese Manufacturers"), also manufacture Welded
Outlets ("Chinese Welded Outlets").  Other Chinese companies, including the
China-East Resources Import and Export Company, which is owned and controlled
by the Chinese government, assist the Chinese Manufacturers to export their
Chinese Welded Outlets to the United States.

3.     Since 1992, Chinese carbon steel butt-weld pipe fittings, including
Chinese Welded Outlets, have been subject to substantial antidumping duties.  In
particular, Chinese Welded Outlets produced by any of the manufacturers identified
in this Complaint are subject to antidumping duties of 182.9 percent.  For more than

1  a decade, Defendants, working in concert with the Chinese Manufacturers, the

2  China-East Resources Import and Export Company, and JOHN DOES NOS. 1-10,

3  have knowingly and intentionally evaded and avoided the substantial antidumping

4  duties on Chinese Welded Outlets.

5       4.     Defendants have used a variety of means to evade the antidumping

6  duties, including: (a) by falsely describing the Chinese Welded Outlets as steel

7  products that are not subject to antidumping duties; (b) by falsely claiming that the

8  Chinese Welded Outlets originated in countries (e.g., South Korea) that are not

9  subject to antidumping duty orders; and (c) by co-mingling the Chinese Welded

10  Outlets with larger shipments of similar products that are not subject to

11  antidumping duties.  In all such cases, Defendants and their agents have made

12  knowing false statements to United States Customs and Border Protection ("CBP"),

13  to wit, that shipments containing Chinese Welded Outlets were not subject to

14  antidumping duties when, in truth and fact, they were.

15       5.     On information and belief, during the past five years alone, Defendants

16  imported or facilitated the importation of at least $50 million of Chinese Welded

17  Outlets without paying the applicable 182.9 percent antidumping duty; indeed,

18  Defendants imported these products without paying *any* antidumping duties.

19  Accordingly, in just the past five years, Defendants' false statements and unlawful

20  actions have deprived the United States of more than $90 million in antidumping

21  duties.  Moreover, the damages to the United States dating back to 2004 likely

22  exceed $175 million.

23  **PARTIES, JURISDICTION, AND VENUE**

24       6.     Relator is a corporation organized and existing under the laws of the

25  State of Tennessee.  Relator's headquarters and home office is in Memphis,

26  Tennessee.  Relator, through its officers, directors, agents, and employees, is the

27  original source of the allegations delineated herein, which it bases upon its own

28  knowledge, investigation, and observation.

- 2 -
COMPLAINT FOR VIOLATIONS OF THE FALSE CLAIMS ACT

7.     VANDEWATER is a corporation organized and existing under the laws of the State of Florida.  VANDEWATER's headquarters and home office is in Plantation, Florida.  VANDEWATER transacts substantial business throughout the United States and imported the goods at issue here through this and other judicial districts.  REUBENS is the President and Chief Executive Officer of VANDEWATER and a resident of Florida.

8.     ANVIL is a limited liability company organized and existing under the laws of the State of Delaware.  ANVIL's headquarters and home office is in Exeter, New Hampshire.  ANVIL transacts substantial business throughout the United States and imported the goods at issue here through this and other judicial districts.

9.     SIGMA is a corporation organized and existing under the laws of the State of New Jersey.  SIGMA's headquarters and home office is in Cream Ridge, New Jersey.  SIGMA transacts substantial business throughout the United States and imported the goods at issue here through this and other judicial districts.

10.     SMITH COOPER is a corporation organized and existing under the laws of the State of California.  SMITH COOPER's headquarters and home office is in Commerce, California.  SMITH COOPER transacts substantial business throughout the United States and imported the goods at issue here through this and other judicial districts.

11.     ARGCO is a corporation organized and existing under the laws of the State of California.  ARGCO's headquarters and home office is in Carlsbad, California.  ARGCO transacts substantial business throughout the United States and imported the goods at issue here through this and other judicial districts.

12.     Upon information and belief, JOHN DOES #1-10 are entities and individuals whose names and addresses are unknown.  JOHN DOES #1-10 include, but are not limited to, the customs brokers, freight forwarders, and logistics companies that facilitate the Defendants' efforts to evade and avoid the antidumping duties on Chinese Welded Outlets.

COMPLAINT FOR VIOLATIONS OF THE FALSE CLAIMS ACT

13.     This Court has original federal question jurisdiction over the claims asserted herein pursuant to 28 U.S.C. § 1331 and 31 U.S.C. § 3730(b).

14.     Venue is proper here pursuant to 28 U.S.C. § 1391(b)(2) and 31 U.S.C. § 3732(a) because a substantial part of the events giving rise to the claim and many of the false claims occurred in this judicial district.  Specifically, it appears from Import Genius records that Defendants imported the bulk of the Chinese Welded Outlets at issue here through the Ports of Long Beach and Los Angeles, California.

## FACTUAL ALLEGATIONS

### The Products

15.     Welded Outlets are typically used in fire protection systems. Accordingly, they are always tested, listed, and approved by Underwriters Laboratory ("UL") and FM Global ("FM").  Welded Outlets are or have been marketed in the United States under a variety of names, including "Sprink-let," "Weld-Out-Let," "Weld-O-Let," "Welding Outlet," "Pipe Outlet," "Safe-Let," "Uni-Let," "COOPLET," "UL-FM O-Let," "T-Let," "SPF-OLET," "Groove-O-Let," "Grooved Outlet," "Grooved Shaped Nipples," and others.

16.     In their marketing materials, Defendants (and the Chinese Manufacturers) virtually *always* describe their Chinese Welded Outlets accurately (*e.g.*, each Defendant markets its products as "welded outlets").  By contrast, in the public shipping records, Defendants virtually *never* use the term "welded outlet." On information and belief, Defendants avoid the term "welded outlet" in their shipping records because they know that phrase would be likely to cause the U.S. government to impose antidumping duties.

### The Antidumping Duty Orders

17.     In December 1986, the U.S. International Trade Commission ("Commission") determined that a U.S. industry was materially injured or threatened with material injury by reason of carbon steel butt-weld pipe fittings from Taiwan that the Department of Commerce ("Commerce") had determined

- 4 -

1    were priced at less than fair value.  In June 1992, the Commission made the same

2    determination with respect to Chinese carbon steel butt-weld pipe fittings.

3          18.    Relying on these findings, Commerce imposed antidumping duties on

4    Taiwanese butt-weld pipe fittings in December 1986, *see* 51 Fed. Reg. 45152 (Dec.

5    17, 1986), and on Chinese butt-weld pipe fittings in July 1992, *see* 57 Fed. Reg.

6    29702, 29703 (July 6, 1992).  Commerce imposed antidumping duties of 182.9

7    percent on most Chinese suppliers, including all of the known suppliers of Chinese

8    Welded Outlets.  *See id.*

9          19.    The scope of the antidumping duty orders against Taiwan and China is

10   substantively identical.  Both orders cover:

11                   carbon steel butt-weld pipe fittings, having an inside
                     diameter of less than 14 inches, imported in either
12                   finished or unfinished form.  *These formed or forged pipe*
                     *fittings are used to join sections in piping systems where*
13                   *conditions require permanent, welded connections*, as
                     distinguished from fittings based on other fastening
14                   methods (*e.g.*, threaded, grooved, or bolted fittings).

15   57 Fed. Reg. 29702, 29703 (July 6, 1992) (China) (emphasis added); 51 Fed. Reg.

16   45152 (Dec. 17, 1986) (Taiwan) (stating that the order applies to "carbon steel butt-

17   weld type fittings, other than couplings, under 14 inches in diameter, whether

18   finished or unfinished"); *see also* <u>Memorandum from Roland MacDonald to Joseph</u>

19   <u>Spetrini, Final Scope Ruling on Request by Sprink, Inc. to Exclude Sprink-let</u>

20   <u>Carbon Steel Butt Weld Pipe Fittings from the Antidumping Duty Order on Carbon</u>

21   <u>Steel Butt-Weld Pipe Fittings from Taiwan at 2 (Mar. 18, 1992) ("Scope Ruling"),</u>

22   Exhibit A (noting that the Taiwanese order reaches butt-weld pipe fittings that "are

23   used to connect pipe sections where conditions require permanent, welded

24   connections").

25         20.    Commerce has repeatedly renewed these antidumping duties.  Just last

26   year, Commerce elected to maintain the existing antidumping duty orders on carbon

27   steel butt-weld pipe fittings from China, Taiwan, and elsewhere.  *See* 81 Fed. Reg.

57562 (Aug. 23, 2016) (announcing decision).  Accordingly, at all times relevant to this Complaint, the 182.9% antidumping duty on most Chinese butt-weld pipe fittings, including Chinese Welded Outlets, has been in effect.

### The Scope Ruling for Welded Outlets

21.     In October 1991, following a meeting with Customs, Lloyd Perkins ("Perkins") wrote Commerce to request a formal ruling that Welded Outlets—specifically, Welded Outlets that were being marketed under the "Sprink-let" brand name—were beyond the scope of the antidumping duty order against Taiwan.  A copy of that request is attached hereto as Exhibit B.

22.     Commerce rejected Perkins's request.  Instead, Commerce ruled that Welded Outlets were within the scope of the order because of their physical characteristics (specifically, because they were used in piping systems where conditions require permanent, welded connections).  *See* Scope Ruling, Ex. A; *see also* 57 Fed. Reg. 19602, 19603 (May 7, 1992) (providing public notice of the ruling).

23.     The Chinese Welded Outlets at issue here are physically identical to the "Sprink-Let" brand Welded Outlets.  *Compare* Ex. B (Sprink) *with* Exhibits C (Beijing Bell), D (Jinan Meide), E (Vision), F (Vandewater), G (Anvil), H (Sigma) I (Smith Cooper) & J (ARGCO).  They are used for an identical purpose (i.e., in piping systems where conditions require permanent, welded connections).  Accordingly, just as "Sprink-Let" brand Welded Outlets were within the scope of the Taiwanese antidumping duty order, the Chinese Welded Outlets at issue here are plainly within the scope of the (substantively identical) Chinese antidumping duty order.

24.     Notwithstanding this Scope Ruling, Chinese Welded Outlets have come to dominate the market.  As described herein, Chinese Welded Outlets have achieved their dominant market position only because Defendants and others have avoided and evaded the applicable antidumping duties.

1

**Relator's Investigation**

2     25.    To prepare this Complaint, Relator has analyzed the historic

3 antidumping duty orders and scope rulings; undertaken a painstaking review of

4 public and private import data; collected information and documents from the

5 Defendants' current and former agents, employees, and consultants; secured the

6 assistance of a confidential source; met with a variety of market players; and

7 assessed the significance and veracity of the information it collected based on its

8 historic experience in the Welded Outlet market.

9     26.    Relator's efforts have revealed that the Defendants and their

10 conspirators have been knowingly and intentionally evading the antidumping duties

11 applicable to Chinese Welded Outlets since at least 2004. Tellingly, Relator's

12 investigation also revealed that Defendants price their products within pennies of

13 one another. Defendants' price levels are far too low to permit payment of the

14 antidumping duties. It would not be economically feasible for Defendants to price

15 their products at the levels at which they do unless they are all avoiding and

16 evading the antidumping duties.

17

**Specific Allegations Regarding Vandewater**

18     27.    VANDEWATER is an importer and distributor of Chinese Welded

19 Outlets. Although VANDEWATER historically purchased some Welded Outlets

20 from Relator, it began exclusively importing and distributing Chinese Welded

21 Outlets in 2013. Attached hereto as Exhibit F are VANDEWATER product

22 specifications for its Chinese Welded Outlets.

23     28.    VANDEWATER pioneered the importation of Chinese Welded

24 Outlets. REUBENS began exploring the potential to import Chinese Welded

25 Outlets in 2003. To determine the business plan's feasibility, REUBENS relied

26 heavily on a business associate ("CS1") who more recently agreed to provide

27 information to Relator on a confidential basis. CS1, in turn, recruited Perkins to

28 assist in assessing REUBENS' business plan.

29.     In 2004, as part of this effort, REUBENS, CS1, and Perkins developed documents reflecting VANDEWATER's anticipated costs, pricing, and profits for Chinese Welded Outlets.  REUBENS, CS1, and Perkins concluded that it would be profitable for VANDEWATER to import and distribute Chinese Welded Outlets—*but only if it paid no antidumping duties*.

30.     REUBENS, CS1, and Perkins knew that Chinese Welded Outlets were subject to antidumping duties.  After all, Perkins had personally requested the "Sprink-let" scope ruling.  Nevertheless, they agreed to work together to import Chinese Welded Outlets, to market them, and to share the profits from their sale.

31.     Over the years, Relator's President has personally observed REUBENS, CS1, and Perkins promoting VANDEWATER's Chinese Welded Outlets at trade shows.

32.     VANDEWATER began importing Chinese Welded Outlets under the "CERIECO" brand name in 2004.  Since that time, VANDEWATER has engaged in various intentionally deceptive practices to avoid paying antidumping duties.  Those practices, which have evolved over time, include, but are not limited to, the following:

a)     In February, April, and December of 2007, VANDEWATER imported from China at least five shipments of "U-L FM Approved Steel Pipe-O-Lets."  Although these were Chinese Welded Outlets, the product description includes a Harmonized Tariff Schedule ("HTS") code that applied only to "Parts and Accessories for Motor Vehicles."  VANDEWATER has never supplied the automotive market.

b)     Between 2007 and 2012, VANDEWATER imported from China more than 40 shipments of products it described as "UL FM Approved Steel Pipe-O-Lets."  Although these products were Chinese Welded Outlets that were subject to the antidumping duty order, VANDEWATER paid no such antidumping duties.

c)  In 2013, VANDEWATER began importing products it described as "Grooved Outlets." Although these products were Chinese Welded Outlets produced by Beijing Bell, VANDEWATER never paid the antidumping duties. Based on Import Genius import records, it appears that VANDEWATER sometimes evaded these duties in part by falsely claiming that they were made in South Korea—a country whose Welded Outlets are not subject to antidumping duties.

d)  On information and belief, VANDEWATER began falsely describing Chinese Welded Outlets as "BLK Steel Coupling Blanks" in 2011. Coupling blanks are beyond the scope of the antidumping duty order on Chinese Welded Outlets. Although importation records reflect that VANDEWATER imported more than 145,000 pounds of coupling blanks between 2011 and 2015, VANDEWATER has never sold or marketed coupling blanks.

e)  On information and belief, VANDEWATER imported more than five million pounds of Chinese Welded Outlets that it falsely described as "adaptors" between 2013 and 2016. (Adaptors are not subject to antidumping duties.)

33.  All told, between 2013 and 2017, VANDEWATER imported more than 180 shipments of Chinese Welded Outlets that collectively weighed more than *eight million pounds*. Relator estimates that the import value of these products well exceeded $10 million. All of these Chinese Welded Outlets were subject to antidumping duties. On the relevant importation documentation, however, VANDEWATER falsely described the products and falsely represented to the U.S. government that the products were not subject to antidumping duties.

34.  REUBENS' behavior raises multiple red flags. Around 2004, REUBENS began making frequent trips to China. During these visits, he met with representatives of the state-owned China-East Resources Import and Export

Company.  On information and belief, the China-East Resources Import and Export Company authorized VANDEWATER to use the "CERIECO" brand name. ("CERIECO" is an acronym for the China-East Resources Import and Export Company.)  Accordingly, in 2004, VANDEWATER filed a U.S. Trademark Application to use the "CERIECO" brand name, which was registered in 2005. VANDEWATER has used that trademarked name ever since.

35.    REUBENS's relationship with the China-East Resources Import and Export Company appears suspicious.  The International Consortium of Investigative Journalists' Offshore Leaks Database reflects that REUBENS and Xing Guo, a Chinese national, own a Hong Kong Company known as Fonlingtel, Ltd.  Moreover, Guo appears to have profited from the relationship:  in 2013, she purchased an expensive villa in Florida and, in July 2015, she incorporated a for-profit corporation named "CERIECO INC." in the State of Florida.

36.    REUBENS' statements to Relator also raise red flags.  For example, in February 2013, REUBENS telephoned Relator to advise that he would no longer purchase any Welded Outlets from Relator because VANDEWATER had its own factory in China.  REUBENS then suggested that Relator could purchase Chinese Welded Outlets from VANDEWATER, finished or unfinished, with no "Made in China" markings.  REUBENS suggested that Relator could stamp the product "Made in the USA" and sell it in the United States as domestic Welded Outlets. REUBENS stated that no one would ever find out about this arrangement because the Customs inspectors at the receiving ports were too busy to check the incoming shipments.  Relator rejected this proposal.

37.    Around this same time, Perkins passed away, and REUBENS advised CS1 that he would no longer share profits from importing Chinese Welded Outlets. CS1 then provided Relator with documents reflecting VANDEWATER's initial pricing and profit assumptions.  (Copies are attached as Exhibit K.)  As noted above, those pricing documents confirmed that VANDEWATER never intended to

pay any antidumping duties when importing Chinese Welded Outlets.

38.     After receiving these materials, Relator analyzed VANDEWATER's pricing.  After taking inflation in the steel markets into account, Relator confirmed that VANDEWATER's pricing for "CERIECO" Welded Outlets in 2013 was consistent with its initial pricing assumptions from 2003.  In other words, VANDEWATER could not have profited from importing and selling Chinese Welded Outlets at the prices it quoted unless VANDEWATER was evading and avoiding the antidumping duties.

39.     In 2016, as part of its investigation, Relator emailed Beijing Bell directly to request a quote on Chinese Welded Outlets.  REUBENS responded by email several days later.  He advised Relator that Beijing Bell had asked him to respond because VANDEWATER held "the UL FM approval on the product" and that it had an "exclusive relationship" with Beijing Bell.  REUBENS further stated that VANDEWATER would be willing to sell Relator Chinese Welded Outlets bearing "the 'CERIECO' brand on them" and that they would be "shipped in CERIECO cartons."  REUBENS provided price quotes for Welded Outlets that supposedly reflected the "duty, brokerage and handling."

40.     As it had in 2013, Relator again analyzed VANDEWATER's price quote in 2016.  After considering inflation in the steel markets, Relator determined that VANDEWATER's pricing in 2016 was consistent with the pricing assumptions from 2003.  Relator further determined that it would not have been economically feasible for VANDEWATER to sell Chinese Welded Outlets at the prices it had quoted unless it was evading and avoiding the antidumping duties.

### Specific Allegations Regarding Anvil

41.     ANVIL markets several lines of Welded Outlets:  two are sourced in the United States and the remainder are sourced from abroad.  On information and belief, the bulk of these internationally sourced products are manufactured in China.  Attached hereto as Exhibit G are ANVIL's product specifications for its domestic

1   and Chinese Welded Outlets.

2       42.    Since 2012, Anvil has imported more than $5 million of Chinese

3   Welded Outlets every year.  Before that date, Anvil imported a lesser, but still

4   substantial, amount of Chinese Welded Outlets.  On information and belief, most of

5   the Chinese Welded Outlets that Anvil purchases are manufactured by Beijing Bell

6   or Jinan Meide.

7       43.    Despite its substantial purchases of Chinese Welded Outlets, the

8   import record suggests that ANVIL has not imported *any* Chinese Welded Outlets.

9   The records instead reflect that one of ANVIL's subsidiaries has been importing

10   significant volumes of "merchant coupling blanks," "pipe fittings," and "pipe

11   nipples."  These other products are potentially beyond the scope of the antidumping

12   duty order on Chinese Welded Outlets.  On information and belief, ANVIL avoids

13   the antidumping duties on its Chinese Welded Outlets by, among other things,

14   falsely describing its import products.

15       44.    Relator's investigation uncovered several reasons to believe that

16   ANVIL's import documentation was false and fraudulent.  First, as noted, ANVIL

17   sells Chinese Welded Outlets in the U.S. market.  Second, Beijing Bell does not

18   market and, to Relator's knowledge, has never marketed "blank" or "semi-finished"

19   merchant couplings.  Third, on information and belief, ANVIL separately imports

20   coupling blanks from a Chinese factory in which it has an ownership interest.

21   Fourth, unlike the other defendants, Anvil has the technical ability to finish an

22   unfinished product, which would make it easy for ANVIL to import unfinished

23   Chinese Welded Outlets (which are subject to antidumping duties) as merchant

24   coupling blanks or as miscellaneous pipe fittings.  Fifth, the volume of "merchant

25   coupling blanks" at issue here (more than two million pounds) is consistent with the

26   U.S. market share in Welded Outlets that ANVIL has taken from Island since 2012.

27       45.    Relator has also confirmed that ANVIL's pricing for Chinese Welded

28   Outlets has been virtually identical to VANDEWATER's.  Accordingly, it would

1    be economically infeasible for ANVIL to sell Chinese Welded Outlets at the prices

2    it charges unless it was evading and avoiding the antidumping duties.

3                    **Specific Allegations Regarding Sigma**

4            46.    SIGMA markets and sells at least three brands of Welded Outlets.

5    Two of these threaded outlet brands, the "Uni-Let" and the "Safe-Let" brands, are

6    sourced from China and marketed as import products.  SIGMA also markets and

7    sells grooved outlets.  Historically, SIGMA imported some grooved outlets from

8    China.  More recently, SIGMA has been marketing grooved outlets that supposedly

9    are manufactured in the United States.  On information and belief, however,

10   SIGMA's grooved outlets are actually manufactured in China.  Attached hereto as

11   Exhibit H are SIGMA's product specifications for its Chinese Welded Outlets.

12           47.    In 2010, SIGMA hired Terry Clark ("Clark") as a Manager in its Fire

13   Protection Division.  Throughout his long career, Clark has advocated using

14   Chinese Welded Outlets to develop product lines.  In around 2005, for example,

15   Clark approached Relator with an offer to import the "Uni-Let" product from

16   China.  After Relator declined this offer, Clark went to work for the fire protection

17   division of Unique Industrial Products Company ("Unique") in Sugarland, Texas,

18   which was eventually acquired by SIGMA.

19           48.    Around the time of Clark's hiring, SIGMA began importing its "Uni-

20   Let" and "Safe-Let" products.  Although these products are Chinese Welded

21   Outlets, the shipping records suggest that SIGMA has not imported any Welded

22   Outlets.  Instead, the import record reflects that, in around 2010, SIGMA began

23   importing "parts of pipe fitting" into Los Angeles, California.  The volume of

24   "parts of pipe fittings" imported by SIGMA is consistent with SIGMA's share of

25   the Welded Outlets market.

26           49.    SIGMA has also imported and marketed grooved outlets.  In early

27   2011, for example, SIGMA's then-purchasing agent advised Relator that SIGMA

28   had encountered extensive quality problems with its Chinese grooved outlets.

1  SIGMA asked Relator to determine whether it would be plausible to repair the

2  grooved outlets, which were manufactured by Shanghai Vision.  After Relator

3  advised that the products were not repairable, SIGMA began buying more

4  domestically produced grooved outlets from Relator.  In late 2015, however,

5  SIGMA advised Relator that it would no longer purchase product from Relator

6  because SIGMA had discovered a new "low cost" source that offered Welded

7  Outlets at prices that were significantly below Relator's costs.

8      50.    On information and belief, SIGMA's new "low cost" source is Ageis.

9  Notably, for many years, Clark served as a Vice President at Ageis and as a

10  Manager at SIGMA.  (Earlier this year, Clark retired from SIGMA, but he

11  continues to be paid by SIGMA as a consultant.)

12      51.    A former SIGMA employee, who was in a position to know, has

13  advised Relator that SIGMA sourced many of its Welded Outlets from Beijing Bell

14  and that it used Wor-Biz Trading to facilitate the shipments.  That same former

15  SIGMA employee has advised Relator that SIGMA was working with Ageis to

16  develop an alternative low cost source for Welded Outlets.  To Relator's

17  knowledge, Ageis does not own any domestic manufacturing facilities.  Even if it

18  did, it would not be economically feasible for Ageis to supply SIGMA with

19  domestically produced Welded Outlets given the prices that SIGMA charges for

20  grooved outlets in the marketplace.

21      52.    Relator alleges, on information and belief, that Ageis is supplying

22  SIGMA with Chinese-made grooved outlets.  Relator further alleges, on

23  information and belief, that SIGMA (with Ageis's knowing assistance) is evading

24  the antidumping duties applicable to such Chinese Welded Outlets.  Based on

25  Relator's examination of the import records, Relator believes that SIGMA

26  (sometimes operating through its wholly-owned subsidiary Unique Industrial

27  Product Company) and Ageis have repeatedly and falsely described the grooved

28  outlets as steel "couplings" so as to avoid the antidumping duties.

**Specific Allegations Regarding Smith Cooper**

53.     SMITH COOPER is an importer and marketer of Chinese Welded Outlets.  Since 2003 or 2004, SMITH COOPER has sold Chinese Welded Outlets in the United States under the "Cooplet" brand name.  Attached hereto as Exhibit I are SMITH COOPER's product specifications for its Chinese Welded Outlets.

54.     SMITH COOPER began importing Chinese Welded Outlets more than 10 years ago.  On information and belief, SMITH COOPER purchases its Chinese Welded Outlets from Jinan Meide.  As part of larger shipments of products characterized as steel pipe nipples, SMITH COOPER regularly imports Chinese Welded Outlets under its "Cooplets" brand name.  (Steel pipe nipples are not subject to antidumping duties.)  On information and belief, SMITH COOPER does not pay antidumping duties on the Chinese Cooplets that are imported along with these other products.

55.     Through its investigation, Relator discovered that SMITH COOPER's pricing for Chinese Welded Outlets was virtually identical to VANDEWATER's.  Relator further determined that it would be economically infeasible for SMITH COOPER to sell Chinese Welded Outlets at these prices unless it was evading and avoiding the antidumping duties.

**Specific Allegations Regarding ARGCO**

56.     ARGCO is an importer and marketer of Chinese Welded Outlets.  Based on markings on ARGCO product samples that Relator obtained as part of its investigation, Relator determined that ARGCO is supplied by Shanghai Vision.  Attached hereto as Exhibit J are ARGCO's product specifications for its Chinese Welded Outlets.

57.     In April 2017, ARGCO's supplier—Shanghai Vision—e-mailed a solicitation to Relator regarding Chinese Welded Outlets.  As part of its investigation, Relator responded to the solicitation by requesting detailed information about the costs of importing the Chinese Welded Outlets.  Shanghai

- 15 -

Vision's International Sales Representative responded by providing a detailed cost break-down. That break-down does not include any provision for paying antidumping duties. A copy of that e-mail exchange is attached as Exhibit L.

58.     As a further part of its investigation, Relator met with Shanghai Vision's International Sales Representative on May 1, 2017. Relator again asked detailed questions about the potential costs of importing the Chinese Welded Outlets. Shanghai Vision's sales representative became defensive. He advised Relator to allow Shanghai Vision to handle the arrangements for importing the Chinese Welded Outlets.

59.     Through its investigation, Relator determined that ARGCO's pricing for Chinese Welded Outlets was consistent with (indeed, slightly lower than) VANDEWATER's pricing. Relator additionally determined that ARGCO's pricing was consistent with the prices quoted by Shanghai Vision (i.e., it did not allow for the payment of antidumping duties). Relator further determined that it would be economically infeasible for ARGCO to sell Chinese Welded Outlets at these prices unless it were evading and avoiding the antidumping duties.

### The False Records And Statements—All Defendants

60.     To import the Chinese Welded Outlets, Defendants (or a broker acting on their behalf) completed a CBP Form 7501. On that form, Defendants (or a broker acting on their behalf) were obligated to disclose in the "Entry Type" field (Block 2) whether the goods at issue were subject to an antidumping or countervailing duty.

61.     Defendants knew that the Chinese Welded Outlets were subject to an antidumping duty order. Nonetheless, Defendants falsely represented (or caused a broker acting on their behalf falsely to represent) that the goods qualified for Entry Type 01, meaning they were not subject to an antidumping duty. By falsely marking the entry type, Defendants made or caused to be made a false record or statement material to their obligation to pay money to the United States.

## FIRST CAUSE OF ACTION

### Violation of the False Claims Act –
### 31 U.S.C. § 3729(a)(1)(G) (formerly 31 U.S.C. § 3729(a)(7))

62.   The preceding paragraphs are re-alleged and incorporated by reference as if fully set forth herein.

63.   Relator, as the original source of information regarding Defendants' violations of the False Claims Act, has direct and independent knowledge of the information on which the allegations contained herein are based.

64.   Upon the arrival of the Chinese Welded Outlets in the United States, Defendants, knowing that the goods were subject to antidumping duties, claimed, or instructed their brokers to claim, that the Chinese Welded Outlets were not subject to antidumping duties.

65.   At all times material to this Complaint, Defendants had actual knowledge of the falsity, acted in deliberate ignorance of the truth or falsity, or acted in reckless disregard of the truth or falsity of their records and statements regarding whether the Chinese Welded Outlets were subject to antidumping duties.

66.   By falsely claiming that the Chinese Welded Outlets were not subject to antidumping duties, Defendants avoided paying an antidumping duty of 182.9 percent.

67.   Defendants were obligated to pay the antidumping duties on their entries of Chinese Welded Outlets as a matter of law.

68.   Defendants' aforementioned false statements had the predictable and intended effect of inducing CBP to assess Defendants no antidumping duties on their entries of Chinese Welded Outlets into the United States.

69.   By falsely declaring that the Chinese Welded Outlets were not subject to antidumping duties, Defendants made or caused to be made a false record or statement material to their obligation to pay money to the United States.  Further, Defendants knowingly concealed and knowingly and improperly avoided or

- 17 -

1   decreased an obligation to pay or transmit money or property to the United States.

2       70.   Defendants' false records or statements, concealment, and avoidance

3   violate 31 U.S.C. § 3729.  Through their violations of 31 U.S.C. § 3729,

4   Defendants gained entry and release of their Chinese Welded Outlets into the

5   United States without paying millions of dollars due to the United States.

6   Defendants have knowingly or recklessly damaged the United States in an amount

7   to be determined at trial, but believed to exceed $175 million.

8   **SECOND CAUSE OF ACTION**

9   **Conspiracy to Violate the False Claims Act –**

10  **31 U.S.C. § 3729(a)(1)(C) (formerly 31 U.S.C. § 3729(a)(3))**

11      71.   The preceding paragraphs are re-alleged and incorporated by reference

12  as if fully set forth herein.

13      72.   Defendants, along with the Chinese Manufacturers and others, acted in

14  concert to violate the False Claims Act by knowingly making, using, or causing to

15  be made or used a false record or statement material to their obligation to pay

16  money to the United States by falsely declaring that the Chinese Welded Outlets

17  were not subject to antidumping duties.  Defendants also acted in concert to violate

18  the False Claims Act by knowingly concealing or knowingly and improperly

19  avoiding or decreasing their obligation to pay or transmit money or property to the

20  United States.

21      73.   Defendants committed the overt acts described above in furtherance of

22  the conspiracy, including but not limited to, by avoiding their obligation to pay

23  antidumping duties.

24      74.   Defendants' conspiracy violates 31 U.S.C. § 3729(a)(1)(C), by which

25  Defendants gained entry and release of their Chinese Welded Outlets into the

26  United States without paying sums due to the United States.  Defendants have

27  knowingly or recklessly damaged the United States in an amount to be determined

28  at trial, but believed to exceed $175 million.

- 18 -
COMPLAINT FOR VIOLATIONS OF THE FALSE CLAIMS ACT

## PRAYER FOR RELIEF

WHEREFORE, Plaintiff United States *ex rel.* Island Industries, Inc., prays for the following:

1.  An award of treble damages, civil penalties, expenses, fees, and costs against Defendants, jointly and severally, in accordance with 31 U.S.C. § 3729 *et seq.* for Defendants' violations of 31 U.S.C. § 3729(a)(1)(G) (and/or the preceding version of such statutory section, 31 U.S.C. § 3729(a)(7));

2.  An award of treble damages, civil penalties, expenses, fees, and costs against Defendants, jointly and severally, in accordance with 31 U.S.C. § 3729 *et seq.* for Defendants' conspiracy and violation of 31 U.S.C. § 3729(a)(1)(C) (and/or the preceding version of such statutory section, 31 U.S.C. § 3729(a)(3));

3.  An award of a trial by jury on all issues so triable; and

4.  An award of such other and further relief, legal or equitable, that the Court deems just and proper.

MOREOVER, Relator Island Industries, Inc., on its own behalf, demands and prays that an award be made in its favor as follows:  for 25 percent (25%) of the proceeds collected by the United States if it intervenes in and conducts this action, or for 30 percent (30%) of the proceeds if the United States does not intervene; for an amount for reasonable expenses necessarily incurred by the Relator in prosecution of this action; for all reasonable attorneys' fees and costs incurred by the Relator; and such other and further relief to which the Relator may show itself justly entitled.

/ / /

/ / /

/ / /

/ / /

/ / /

/ / /

## JURY DEMAND

Pursuant to FRCP 38, Plaintiff-Relator demands a trial by jury on all issues so triable.


Dated: June 13, 2017                                    MAYER BROWN LLP


_____
Matthew H. Marmolejo
Attorneys for Relator
ISLAND INDUSTRIES, INC.

COMPLAINT FOR VIOLATIONS OF THE FALSE CLAIMS ACT

# EXHIBIT A



**UNITED STATES DEPARTMENT OF COMMERCE**
International Trade Administration
Washington, D C 20230

A-583-605
Scope Review
Public Document
OADC:DA

**FOR PUBLIC FILE**

MAR 2 7 1992

By Certified Mail, Return Receipt Requested

To All Interested Parties

Dear Sir or Madam:

On October 15, 1991, the Department of Commerce (the Department) received a request for a scope ruling from Sprink, Inc. (Sprink). Sprink, which imports carbon steel butt-weld pipe fittings from Taiwan into the United States, requested that the Department find the Sprink-let manufactured by Rigid Industries and imported by All Points Traders Inc., to be outside the scope of the antidumping duty order on carbon steel butt-weld pipe fittings from Taiwan. The Sprink-let is a cut-grooved or female-threaded, 300 lb., welded outlet fitting.

Because the descriptions of the product contained in the order, and the determinations of the Department and the U.S. International Trade Commission (ITC) provide sufficient bases for making a determination, the Department determined that no inquiry is warranted. Further, based upon a analysis of the information in the record, the Department found that the Sprink-let is within the scope of the order. Enclosed is a memorandum explaining our decision.

We will notify the U.S. Customs Service of this decision. If you have any questions please contact Dennis U. Askey or Melissa G. Skinner at (202) 377-4851.

Sincerely,

Edward Yang
Director, Division I
Office of Antidumping Compliance

Enclosure

UNITED STATES DEPARTMENT OF COMMERCE
**International Trade Administration**
Washington, D.C. 20230

**FOR PUBLIC FILE**

A-583-605
Scope Inquiry
Public Document
OADC:DA

MAR 1 8 1992          MAR 2 5 1992

MEMORANDUM FOR:      Joseph A. Spetrini
                     Deputy Assistant Secretary
                       for Compliance

FROM:                for Roland L. MacDonald
                     Director
                     Office of Antidumping Compliance

SUBJECT:             Recommendation Memo -- Final Scope Ruling On
                     Request by Sprink, Inc. to Exclude Sprink-let
                     Carbon Steel Butt Weld Pipe Fittings from the
                     Antidumping Duty Order on Carbon Steel Butt-Weld
                     Pipe Fittings from Taiwan

SUMMARY

On October 10, 1991, Sprink, Inc. (Sprink), requested a ruling from
the Department of Commerce (the Department) that the Sprink-let,
manufactured by Rigid Industries (Rigid), and imported into the
United States by All Points Traders, Inc., is not within the scope
of the antidumping order on carbon steel butt-weld pipe fittings
from Taiwan.

We decided that the issue can be resolved without formal inquiry by
reference to documents supporting the order and the order itself.
Further, based on an analysis of the information in the record, we
determined that Sprink-let is within the scope of the order.

BACKGROUND

On October 24, 1986, the Department published in the Federal
Register, its "Final Determination of Sales at Less Than Fair Value
on Butt-Weld Pipe Fittings from Taiwan" (LTFV) (51 FR 37772).   On
December 8, 1986, the ITC published a "Determination of Injury or
Likelihood Thereof" on Butt-Weld Pipe Fittings from Brazil and
Taiwan.   On December 17, 1986, the Department published in the
Federal Register the "Antidumping Duty Order, Certain Carbon Steel
Butt-Weld Pipe Fittings from Taiwan" (51 FR 45152).



-2-

In the LTFV determination, the Department described the products subject to its investigation as:

> [C]arbon steel butt-weld type pipe fittings, other than couplings, under fourteen inches in diameter, whether finished or unfinished, that have been formed in the shape of elbows, tees, reducers, caps, etc., and, if forged have been advanced after forging.  These advancements may include any one or more of the following: coining, heat treatment, shot blasting, grinding, die stamping or painting.

The ITC indicated that its injury investigation concerned certain carbon steel butt-weld pipe fittings from Taiwan, which it described as follows:

> Butt-weld pipe and tube fittings are used to connect pipe sections where conditions require permanent, welded connections.  The beveled edges of butt-weld pipe fittings distinguish them from other types of fittings, such as threaded, grooved, or bolted fittings, which rely on different types of fastening methods.  When placed against the end of a beveled pipe or another butt-weld fitting, the beveled edges form a shallow channel that accommodates the 'bead' of the weld that fastens the two adjoing pieces.  Butt-weld fittings come in a variety of forms; however, the three most common forms are elbows, tees, and reducers.  (USITC Pub. 1918, at A-3, emphasis supplied.)

ANALYSIS

For purposes of determining whether the merchandise in question is within the scope of the antidumping duty order on butt-weld pipe fittings from Taiwan, the Department referred to its regulations on scope determinations, published at 19 CFR 353.29 (1991).  Because the product descriptions contained in the order, and the determinations of the Department, and the U.S. International Trade Commission (ITC) are dispositive as to whether the merchandise in question is within the scope of the antidumping duty order, we did not consider the additional criteria listed in 19 CFR 353(i)(2). Further, because the issue can be resolved by reference to information in the record, in accordance with section 353.29(b) of the Department's regulations, we determined that a formal inquiry is not warranted.

Documents from the underlying investigation deemed relevant by the Department to the scope of the outstanding order were made a part of the record in the instant scope review.  Documents that were not presented to the Department or placed in the record will not constitute part of the administrative record attendant to this scope proceeding.

-3-

Sprink describes the Sprink-let as a pipe fitting that is produced in sizes one-fourth inch through four inches nominal.  Sprink contends that the Sprink-let should be exempted from the scope of the order because: (1) a butt-weld pipe fitting is defined as one that requires welding as a means of attachment for all connections, and although requiring welding onto the outside of the pipe, the Sprink-let's connection for the pipe is either threaded or grooved; (2) the Sprink-let has the general appearance of a pipe coupling, and in some applications can be replaced by a half coupling; and (3) the Sprink-let is not an elbow, tee, reducer, or cap.

The bases of Sprink's request is that the order defines butt-weld pipe fittings as those which require welding as a method of attachment for all connections.  However, the order does not require that all pipe fitting connections be welded.

As part of Sprink's request, Sprink enclosed data sheets on the Sprink-line data sheets on the Sprink-let.  The brochure indicates the butt-weld pipe fittings are beveled. (emphasis added.)  The ITC indicated in 51 FR 37772, that "the beveled edges of butt-weld pipe fittings distinguish them from other types of fittings, such as threaded, grooved or bolted fittings, which rely on different types of fastening methods."  Sprink-let has beveled edges, to form a shallow channel that accommodates the "bead" of the weld that fastens the two adjoining pieces.  Sprink stated, in its scope request to the Department that "Sprink-let does require that it be welded onto the outside of the pipe, but the connection for the joining pipe is either threaded or grooved." (emphasis supplied.)  The ITC stated in its injury determination that "Butt-weld pipe and tube fittings are used to connect pipe sections where conditions require permanent, welded connections." (emphasis supplied.)  Thus, although the initial connection is obtained because of threading or grooving, the Sprink-let, like other products subject to this order, is permanently joined by welding.

Sprink's allegation that the general appearance of the product resembles a pipe coupling and in some applications, a half-coupling which may be substituted is vague and unpersuasive.  Information in the Sprink-line data sheets regarding the cut-grooved or female-threading charateristics of the pipe fittings does not indicate the product is a coupling, even if a half coupling can be substituted for a Sprink-let in certain applications.  Rather, it is a cut-grooved or female-threaded butt-weld pipe fitting.

Sprink asserts that the Sprink-let is not an elbow, tee, reducer, or cap, and implies therefore, the Sprink-let is not within the scope of the order.  However, in the Product Description and Uses section of the ITC injury determination, only couplings were excluded from the scope of the order.  Further, the order does not require that fittings be in the shape of elbows, tees, reducers, or caps; the product descriptions merely state that these are the most common forms of the subject merchandise.

24

-4-

CONCLUSION

According to the product descriptions presented above, a pipe fitting with beveled edges that is permanently joined through welding falls within the scope of the order on carbon steel butt-weld pipe fittings from Taiwan.  Because the  Sprink-let possesses these characteristics, we determine that the Sprink-let, imported by Sprink, Inc., is within the scope of the antidumping duty order on carbon steel butt-weld pipe fittings from Taiwan.

RECOMMENDATION

Because the product descriptions contained in the order and in the determinations of the Department and the ITC provide sufficient bases for making a determination, we recommend determining that no formal inquiry is warranted.  Further, we recommend determining that the Sprink-let is within the scope of order on carbon steel butt-weld pipe fittings from Taiwan.

____X____ Agree                    _____ Disagree

If you agree, we recommend sending the attached letter notifying interesed parties of this decision.

____X____ Agree          _____ Diasagree

Joseph A. Spetrini
Deputy Assistant Secretary
for Compliance

_____
            (Date))

Attachment

25

# EXHIBIT B

FOR PUBLIC FILE



# SPRINK, INC.

1340 SO. MANHATTAN AVE. • FULLERTON, CA 92631
PHONE: (714) 999-0323 • FAX: (714) 999-0631 • TELEX: 910-250-4666 Via EasyLink

A James Hardie Company

October 10, 1991

Mr. Roland L. MacDonald
Department of Commerce
International Trade Administration
IA Central Records Unit, Room B-099
Washington, DC 20230

Re:    Carbon Steel Butt-Weld Pipe Fittings from Taiwan
       Case No. A-583-605

Dear Mr. MacDonald,

All Points Traders, Inc. imports one product from Rigid Industries in Taiwan. During a recent meeting with U.S. Customs officials, it was suggested that we obtain a letter from your office excluding this product from any penalties imposed by the above referenced anti-dumping case.

The product we import is the Sprink-let. This product is produced in sizes 1/4" through 4" nominal. The product has the general appearance of a pipe coupling and, in some applications, a pipe coupling (specifically, a half coupling) can be substituted. This fitting is not an elbow, tee, reducer, nor cap.

It appears that the definition of a butt-weld fitting is one that requires welding as a method of attachment for all connections. The Sprink-let does require that it be welded onto the outside of the pipe, but the connection for the joining pipe is either threaded or grooved. I have enclosed data sheets for your review.

Please review our request and forward a letter exempting our product from the anti-dumping case. If you have any questions, please contact me by calling (714) 999-0323. I thank you in advance for your time and consideration.

Very truly yours,

Lloyd E. Perkins
Vice President
Sales and Marketing

LEP:gr

Enclosure

26

# SPRINK-LINE
## FIRE PROTECTION PRODUCTS

## 300 LBS.
## Welded Outlet
## Fittings

 

**UL LISTED** · Factory Mutual System Approved

## Fig. 702 Cut Grooved

- Material A106 steel pipe, schedule 40.
- Cut grooves to industry standards.



40–45° · 1/16" Land

### Fig. 702 Dimensions–Weights

| Outlet | A | B | C | D | E | Wt. Lbs. | Box Qty |
|--------|-------|---|------|------|-------|------|-------|
| 2 | 2.375 | 3 | .625 | .313 | 2.250 | 1.0 | 36 |
| 2½ | 2.875 | 3 | .625 | .313 | 2.720 | 1.5 | 24 |
| 3 | 3.500 | 3 | .625 | .313 | 3.344 | 2.0 | 16 |
| 4 | 4.500 | 4 | .625 | .375 | 4.334 | 4.0 | 6 |
| 6 | 6.625 | 4 | .625 | .375 | 6.455 | 6.3 | Loose |
| 8 | 8.625 | 4 | .750 | .438 | 8.441 | 11.0 | Loose |

### Fig. 702 Outlet–Run/Pipe

| Outlet | Run–Pipe | Outlet | Run–Pipe | Outlet | Run–Pipe | Outlet | Run–Pipe |
|--------|----------|--------|----------|--------|----------|--------|----------|
| 2 | 2 | 2½ | 2½ | 3 | 3 | 4 | 4 |
|   | 2½ |   | 3 |   | 4 |   | 5 |
|   | 3 |   | 4 |   | 5 |   | 6 |
|   | 4 |   | 5 |   | 6 |   | 8 |
|   | 5 |   | 6 |   | 8 | 6 | 6 |
|   | 6 |   | 8 |   |   |   | 8 |
|   | 8 |   |   |   |   | 8 | 8 |

## Fig. 701 Female Threaded

- All SPRINK–LETS are for use with standard or thin wall pipe. • All sizes of SPRINK–LET are provided with 1/16" land to assure a full penetration weld. • Material is ASTM A-105 or equivalent. • Threads to ANSI B2. 1.



40–45° · 1/16" Land
1/4" Only · 1/2" Thru 4"

### Fig. 701 Dimensions–Weights

| Outlet | A | B | C | D | Wt. Lbs. | Box Qty |
|--------|-------|-------|-------|------|------|-------|
| ¼ | .750 | 1.250 | .421 | — | .10 | 250 |
| ½ | 1.125 | 1.000 | .812 | .150 | .15 | 125 |
| ¾ | 1.375 | 1.000 | 1.000 | .185 | .25 | 100 |
| 1 | 1.595 | 1.100 | 1.299 | .235 | .35 | 100 |
| 1¼ | 1.949 | 1.250 | 1.614 | .250 | .55 | 60 |
| 1½ | 2.200 | 1.250 | 1.850 | .250 | .60 | 50 |
| 2 | 2.700 | 1.500 | 2.307 | .285 | .90 | 40 |
| 2½ | 3.164 | 1.755 | 2.758 | .320 | 1.20 | 30 |
| 3 | 3.859 | 2.100 | 3.427 | .375 | 2.00 | 12 |
| 4 | 4.930 | 2.375 | 4.460 | .438 | 3.20 | 8 |

### Fig. 701 Outlet–Run/Pipe

| Outlet | Run/Pipe | Outlet | Run/Pipe | Outlet | Run/Pipe | Outlet | Run/Pipe | Outlet | Run/Pipe |
|--------|----------|--------|----------|--------|----------|--------|----------|--------|----------|
| ¼ | Flat | 1 | 1¼–1½ | 1½ | 2 | 2¼ | 2½ | 4 | 4 |
| ½ | 1–1½ |   | 2 |   | 2½ |   | 3 |   | 5 |
|   | 2–2½ |   | 2½ |   | 3 |   | 4 |   | 6 |
|   | 3–8 |   | 3 |   | 4 |   | 5 |   | 8 |
| ¾ | 1–1½ |   | 4–5 |   | 5–6 |   | 6 |   |   |
|   | 2 |   | 6–8 |   | 8 |   | 8 |   |   |
|   | 2½ | 1¼ | 2 | 2 | 2 | 3 | 3 |   |   |
|   | 3–5 |   | 2½ |   | 2½ |   | 4 |   |   |
|   | 6–8 |   | 3 |   | 3 |   | 5 |   |   |
|   |   |   | 4–5 |   | 4 |   | 6 |   |   |
|   |   |   | 6–8 |   | 5 |   | 8 |   |   |
|   |   |   |   |   | 6–8 |   |   |   |   |



## SPRINK, INC.

1340 So. Manhattan Avenue  Fullerton, CA. 92631     Telephone: (714) 999-0323   FAX: (714) 999-0631

A member of the JAMES HARDIE INDUSTRIES GROUP

Specifications subject to change without notice. © June, 1988 Sprink, Inc. Printed In U. S. A.

# SPRINK-LINE
## FIRE PROTECTION PRODUCTS

## 300 LBS. Welded Outlet Fittings

 

UL LISTED · Factory Mutual System Approved

## Fig. 702 Cut Grooved
- Material A106 steel pipe, schedule 40.
- Cut grooves to industry standards.



40–45° · 1/16" Land

### Fig. 702 Dimensions–Weights

| Outlet | A | B | C | D | E | Wt. Lbs. | Box Qty |
|--------|------|----|------|------|-------|-----|-------|
| 2 | 2.375 | 3 | .625 | .313 | 2.250 | 1.0 | 36 |
| 2½ | 2.875 | 3 | .625 | .313 | 2.720 | 1.5 | 24 |
| 3 | 3.500 | 3 | .625 | .313 | 3.344 | 2.0 | 16 |
| 4 | 4.500 | 4 | .625 | .375 | 4.334 | 4.0 | 6 |
| 6 | 6.625 | 4 | .625 | .375 | 6.455 | 6.3 | Loose |
| 8 | 8.625 | 4 | .750 | .438 | 8.441 | 11.0 | Loose |

### Fig. 702 Outlet–Run/Pipe

| Outlet | Run–Pipe | Outlet | Run–Pipe | Outlet | Run–Pipe | Outlet | Run–Pipe |
|--------|----------|--------|----------|--------|----------|--------|----------|
| 2 | 2 | 2½ | 2½ | 3 | 3 | 4 | 4 |
|  | 2½ |  | 3 |  | 4 |  | 5 |
|  | 3 |  | 4 |  | 5 |  | 6 |
|  | 4 |  | 5 |  | 6 |  | 8 |
|  | 5 |  | 6 |  | 8 | 6 | 6 |
|  | 6 |  | 8 |  |  |  | 8 |
|  | 8 |  |  |  |  | 8 | 8 |

## Fig. 701 Female Threaded

- All SPRINK–LETS are for use with standard or thin wall pipe. • All sizes of SPRINK–LET are provided with 1/16" land to assure a full penetration weld. • Material is ASTM A-105 or equivalent. • Threads to ANSI B2. 1.



40–45° · 1/16" Land

1/4" Only · 1/2" Thru 4"

### Fig. 701 Dimensions–Weights

| Outlet | A | B | C | D | Wt. Lbs. | Box Qty |
|--------|-------|-------|-------|------|-----|-----|
| ¼ | .750 | 1.250 | .421 | — | .10 | 250 |
| ½ | 1.125 | 1.000 | .812 | .150 | .15 | 125 |
| ¾ | 1.375 | 1.000 | 1.000 | .185 | .25 | 100 |
| 1 | 1.595 | 1.100 | 1.299 | .235 | .35 | 100 |
| 1¼ | 1.949 | 1.250 | 1.614 | .250 | .55 | 60 |
| 1½ | 2.200 | 1.250 | 1.850 | .250 | .60 | 50 |
| 2 | 2.700 | 1.500 | 2.307 | .285 | .90 | 40 |
| 2½ | 3.164 | 1.755 | 2.758 | .328 | 1.20 | 30 |
| 3 | 3.859 | 2.100 | 3.427 | .375 | 2.00 | 12 |
| 4 | 4.930 | 2.375 | 4.460 | .438 | 3.20 | 8 |

### Fig. 701 Outlet–Run/Pipe

| Outlet | Run/Pipe | Outlet | Run/Pipe | Outlet | Run/Pipe | Outlet | Run/Pipe | Outlet | Run/Pipe |
|--------|----------|--------|----------|--------|----------|--------|----------|--------|----------|
| ¼ | Flat | 1 | 1¼–1½ | 1½ | 2 | 2½ | 2½ | 4 | 4 |
| ½ | 1–1½ |  | 2 |  | 2½ |  | 3 |  | 5 |
|  | 2–2½ |  | 2½ |  | 3 |  | 4 |  | 6 |
|  | 3–8 |  | 3 |  | 4 |  | 5 |  | 8 |
| ¾ | 1–1½ |  | 4–5 |  | 5–6 |  | 6 |  |  |
|  | 2 |  | 6–8 |  | 8 |  | 8 |  |  |
|  | 2½ | 1¼ | 2 | 2 | 2 | 3 | 3 |  |  |
|  | 3–5 |  | 2½ |  | 2½ |  | 4 |  |  |
|  | 6–8 |  | 3 |  | 3 |  | 5 |  |  |
|  |  |  | 4–5 |  | 4 |  | 6 |  |  |
|  |  |  | 6–8 |  | 5 |  | 8 |  |  |
|  |  |  |  |  | 6–8 |  |  |  |  |



## SPRINK, INC.

1340 So. Manhattan Avenue Fullerton, CA. 92631   Telephone: (714) 999-0323   FAX: (714) 999-0631

A member of the JAMES HARDIE INDUSTRIES GROUP

Specifications subject to change without notice. © June, 1988 Sprink, Inc. Printed in U. S. A.

28

# SPRINK-LINE
### FIRE PROTECTION PRODUCTS

## 300 LBS. Welded Outlet Fittings

 

UL LISTED · Factory Mutual System Approved

## Fig. 702 Cut Grooved

- Material A106 steel pipe, schedule 40.
- Cut grooves to industry standards.



40–45° · 1/16" Land

### Fig. 702 Dimensions–Weights

| Outlet | A | B | C | D | E | Wt. Lbs. | Box Qty |
|--------|-------|---|------|------|-------|----------|---------|
| 2 | 2.375 | 3 | .625 | .313 | 2.250 | 1.0 | 36 |
| 2¹/₂ | 2.875 | 3 | .625 | .313 | 2.720 | 1.5 | 24 |
| 3 | 3.500 | 3 | .625 | .313 | 3.344 | 2.0 | 16 |
| 4 | 4.500 | 4 | .625 | .375 | 4.334 | 4.0 | 6 |
| 6 | 6.625 | 4 | .625 | .375 | 6.455 | 6.3 | Loose |
| 8 | 8.625 | 4 | .750 | .438 | 8.441 | 11.0 | Loose |

### Fig. 702 Outlet–Run/Pipe

| Outlet | Run–Pipe | Outlet | Run–Pipe | Outlet | Run–Pipe | Outlet | Run–Pipe |
|--------|----------|--------|----------|--------|----------|--------|----------|
| 2 | 2 | 2¹/₂ | 2¹/₂ | 3 | 3 | 4 | 4 |
| | 2¹/₂ | | 3 | | 4 | | 5 |
| | 3 | | 4 | | 5 | | 6 |
| | 4 | | 5 | | 6 | | 8 |
| | 5 | | 6 | | 8 | 6 | 6 |
| | 6 | | 8 | | | | 8 |
| | 8 | | | | | 8 | 8 |

## Fig. 701 Female Threaded

- All SPRINK–LETS are for use with standard or thin wall pipe. • All sizes of SPRINK–LET are provided with 1/16" land to assure a full penetration weld. • Material is ASTM A–105 or equivalent. • Threads to ANSI B2. 1.



1/4" Only · 1/2" Thru 4" · 40–45° · 1/16" Land

### Fig. 701 Dimensions–Weights

| Outlet | A | B | C | D | Wt. Lbs. | Box Qty |
|--------|-------|-------|-------|------|----------|---------|
| ¹/₄ | .750 | 1.250 | .421 | — | .10 | 250 |
| ¹/₂ | 1.125 | 1.000 | .812 | .150 | .15 | 125 |
| ³/₄ | 1.375 | 1.000 | 1.000 | .185 | .25 | 100 |
| 1 | 1.595 | 1.100 | 1.299 | .235 | .35 | 100 |
| 1¹/₄ | 1.949 | 1.250 | 1.614 | .250 | .55 | 60 |
| 1¹/₂ | 2.200 | 1.250 | 1.850 | .250 | .60 | 50 |
| 2 | 2.700 | 1.500 | 2.307 | .285 | .90 | 40 |
| 2¹/₂ | 3.164 | 1.755 | 2.758 | .328 | 1.20 | 30 |
| 3 | 3.859 | 2.100 | 3.427 | .375 | 2.00 | 12 |
| 4 | 4.930 | 2.375 | 4.460 | .438 | 3.20 | 8 |

### Fig. 701 Outlet–Run/Pipe

| Outlet | Run/Pipe | Outlet | Run/Pipe | Outlet | Run/Pipe | Outlet | Run/Pipe | Outlet | Run/Pipe |
|--------|----------|--------|----------|--------|----------|--------|----------|--------|----------|
| ¹/₄ | Flat | 1 | 1¹/₄–1¹/₂ | 1¹/₂ | 2 | 2¹/₂ | 2¹/₂ | 4 | 4 |
| ¹/₂ | 1–1¹/₂ | | 2 | | 2¹/₂ | | 3 | | 5 |
| | 2–2¹/₂ | | 2¹/₂ | | 3 | | 4 | | 6 |
| | 3–8 | | 3 | | 4 | | 5 | | 8 |
| | 1–1¹/₂ | | 4–5 | | 5–6 | | 6 | | |
| ³/₄ | 2 | | 6–8 | | 8 | | 8 | | |
| | 2¹/₂ | 1¹/₄ | 2 | 2 | 2 | 3 | 3 | | |
| | 3–5 | | 2¹/₂ | | 2¹/₂ | | 4 | | |
| | 6–8 | | 3 | | 3 | | 5 | | |
| | | | 4–5 | | 4 | | 6 | | |
| | | | 6–8 | | 5 | | 8 | | |
| | | | | | 6–8 | | | | |



## SPRINK, INC.

1340 So. Manhattan Avenue  Fullerton, CA. 92631    Telephone: (714) 999-0323  FAX: (714) 999-0631

A member of the JAMES HARDIE INDUSTRIES GROUP

29

Specifications subject to change without notice. © June, 1988 Sprink, Inc. Printed in U. S. A.

# EXHIBIT C



    

# WELDING OUTLETS

- **Grooved Welding Outlets**
- **Roll Grooved Welding Outlets**
- **Threaded Welding Outlets**

With UL/FM Approval

 

**MATERIAL:BLACK STEEL PIPE ASTM A53**

## www.bbp.cn

    

# GROOVED WELDING OUTLETS

● **Grooved Welding Outlets SCH40#, With UL/FM Approval**

MATERIAL:BLACK STEEL PIPE ASTM A53
PRESSURE RATING:20.7 bar (300psi)





| Grooved Outlet Size | | L | Header for pipe size | | H | D1 | D | T | Approx Weight |
|---|---|---|---|---|---|---|---|---|---|
| inch | mm | inch | inch | mm | mm | mm | mm | mm | kgs |
| 1 1/4 | 32 | 3.369 | 1 1/4 | 32 | 76 | 35 | 42 | 3.6 | 0.125 |
| | | 3.297 | 1 1/2 | 40 | | | | | |
| | | 3.221 | 2 | 50 | | | | | |
| | | 3.176 | 2 1/2 | 65 | | | | | |
| | | 3.142 | 3 | 80 | | | | | |
| | | 3.108 | 4 | 100 | | | | | |
| | | 3.087 | 5 | 125 | | | | | |
| | | 3.073 | 6 | 150 | | | | | |
| | | 3.056 | 8 | 200 | | | | | |
| 1 1/2 | 40 | 3.446 | 1 1/2 | 40 | 76 | 41 | 48 | 3.7 | 0.200 |
| | | 3.314 | 2 | 50 | | | | | |
| | | 3.246 | 2 1/2 | 65 | | | | | |
| | | 3.196 | 3 | 80 | | | | | |
| | | 3.149 | 4 | 100 | | | | | |
| | | 3.119 | 5 | 125 | | | | | |
| | | 3.099 | 6 | 150 | | | | | |
| | | 3.076 | 8 | 200 | | | | | |
| 2 | 50 | 3.602 | 2 | 50 | 76 | 53 | 60 | 3.9 | 0.350 |
| | | 3.438 | 2 1/2 | 65 | | | | | |
| | | 3.338 | 3 | 80 | | | | | |
| | | 3.251 | 4 | 100 | | | | | |
| | | 3.199 | 5 | 125 | | | | | |
| | | 3.165 | 6 | 150 | | | | | |
| | | 3.126 | 8 | 200 | | | | | |
| 2-1/2 | 65 | 3.701 | 2 1/2 | 65 | 76 | 67 | 76 | 5.2 | 0.700 |
| | | 3.525 | 3 | 80 | | | | | |
| | | 3.379 | 4 | 100 | | | | | |
| | | 3.296 | 5 | 125 | | | | | |
| | | 3.244 | 6 | 150 | | | | | |
| | | 3.185 | 8 | 200 | | | | | |
| 3 | 80 | 3.961 | 3 | 80 | 76 | 78 | 89 | 5.5 | 0.900 |
| | | 3.631 | 4 | 100 | | | | | |
| | | 3.480 | 5 | 125 | | | | | |
| | | 3.391 | 6 | 150 | | | | | |
| | | 3.293 | 8 | 200 | | | | | |
| 4 | 100 | 5.316 | 4 | 100 | 102 | 102 | 114 | 6 | 1.500 |
| | | 4.898 | 5 | 125 | | | | | |
| | | 4.708 | 6 | 150 | | | | | |
| | | 4.517 | 8 | 200 | | | | | |
| 6 | 150 | 5.233 | 6 | 150 | 102 | 154 | 168 | 7.1 | 3.100 |
| | | 4.856 | 8 | 200 | | | | | |
| 8 | 200 | 6.973 | 8 | 200 | 102 | 203 | 219 | 8.2 | 5.300 |

# www.bbp.cn








# ROLL GROOVED WELDING OUTLETS

● **Roll Grooved Welding Outlets, SCH10#, With UL/FM Approval**

MATERIAL:BLACK STEEL PIPE ASTM A53
PRESSURE RATING:20.7 bar (300psi)





| Rolled Outlet Size | | L | Header for pipe size | | H | D1 | D | T | Approx Weight |
|---|---|---|---|---|---|---|---|---|---|
| inch | mm | inch | inch | mm | mm | mm | mm | mm | kgs |
| 2 | 50 | 3.799 | 2 | 50 | 76 | 55 | 60 | 2.8 | 0.285 |
| | | 3.539 | 2 1/2 | 65 | | | | | |
| | | 3.407 | 3 | 80 | | | | | |
| | | 3.300 | 4 | 100 | | | | | |
| | | 3.196 | 6 | 150 | | | | | |
| | | 3.149 | 8 | 200 | | | | | |
| 2-1/2 | 65 | 3.955 | 2 1/2 | 65 | 76 | 67 | 73 | 3.1 | 0.395 |
| | | 3.642 | 3 | 80 | | | | | |
| | | 3.453 | 4 | 100 | | | | | |
| | | 3.290 | 6 | 150 | | | | | |
| | | 3.218 | 8 | 200 | | | | | |
| 3 | 80 | 4.217 | 3 | 80 | 76 | 83 | 89 | 3.1 | 0.500 |
| | | 3.739 | 4 | 100 | | | | | |
| | | 3.450 | 6 | 150 | | | | | |
| | | 3.335 | 8 | 200 | | | | | |
| 4 | 100 | 5.645 | 4 | 100 | 102 | 108 | 114 | 3.4 | 0.900 |
| | | 4.807 | 6 | 150 | | | | | |
| | | 4.584 | 8 | 200 | | | | | |
| 6 | 150 | 6.468 | 6 | 150 | 102 | 162 | 168 | 3.4 | 1.600 |
| | | 5.425 | 8 | 200 | | | | | |
| 8 | 200 | 7.903 | 8 | 200 | 102 | 210 | 219 | 4.8 | 3.200 |



# www.bbp.cn

    

# THREADED WELDING OUTLETS

● **Threaded Welding Outlets, With UL/FM Approval**

MATERIAL:BLACK STEEL PIPE ASTM A53
PRESSURE RATING:20.7 bar (300psi)



| Outlet Size Famale | | Header for pipe size | | H | D1 | M | Approx Weight |
|---|---|---|---|---|---|---|---|
| inch | mm | inch | mm | mm | mm | mm | kgs |
| 1/2 | 15 | 1 1/4 | 32 | 27 | 18 | 13 | 0.050 |
| | | 1 1/2 | 40 | | | | |
| | | 2 | 50 | | | | |
| | | 2 1/2 | 65 | | | | |
| | | 3 | 80 | | | | |
| | | 4 | 100 | | | | |
| | | 5 | 125 | | | | |
| | | 6 | 150 | | | | |
| | | 8 | 200 | | | | |
| 3/4 | 20 | 1 1/4 | | 29 | 23 | 13 | 0.075 |
| | | 1 1/2 | | | | | |
| | | 2 | | | | | |
| | | 2 1/2 | | | | | |
| | | 3 | | | | | |
| | | 4 | | | | | |
| | | 6 | | | | | |
| | | 8 | | | | | |
| 1 | 25 | 1 1/4 | 32 | 32 | 29 | 13 | 0.100 |
| | | 1 1/2 | 40 | | | | |
| | | 2 | 50 | | | | |
| | | 2 1/2 | 65 | | | | |
| | | 3 | 80 | | | | |
| | | 4 | 100 | | | | |
| | | 5 | 125 | | | | |
| | | 6 | 150 | | | | |
| | | 8 | 200 | | | | |
| 1 1/4 | 32 | 1 1/2 | | 35 | 38 | 16 | 0.125 |
| | | 2 | | | | | |
| | | 2 1/2 | | | | | |
| | | 3 | | | | | |
| | | 4 | | | | | |
| | | 5 | | | | | |
| | | 6 | | | | | |
| | | 8 | | | | | |
| 1 1/2 | 40 | 2 | 50 | 41 | 41 | 22 | 0.200 |
| | | 2 1/2 | 65 | | | | |
| | | 3 | 80 | | | | |
| | | 4 | 100 | | | | |
| | | 5 | 125 | | | | |
| | | 6 | 150 | | | | |
| | | 8 | 200 | | | | |
| 2 | 50 | 2 | | 44 | 53 | 22 | 0.350 |
| | | 2 1/2 | | | | | |
| | | 3 | | | | | |
| | | 4 | | | | | |
| | | 5 | | | | | |
| | | 6 | | | | | |
| | | 8 | | | | | |
| 2-1/2 | 65 | 2 1/2 | 80 | 54 | 63 | 29 | 0.700 |
| | | 3 | 100 | | | | |
| | | 4 | 125 | | | | |
| | | 6 | 150 | | | | |
| | | 8 | 200 | | | | |

# www.bbp.cn

# EXHIBIT D



**MECH** | 济南玟德铸造有限公司
JINAN MEIDE CASTING CO.,LTD.

HOME | Sitemap | RSS | XML |

SEARCH......

| Home | About us | Products | Quality | Application | News | Join Us | Contact Us |

**Product**

- Valve
- Fitting
- Grooved Couplings &
- Steel Pipe and Nipples
  - ERW PIPE
  - Steel Pipe Nipples
  - Welded Outlet
    - American Standard
    - BS Standard
    - DIN Standard
  - Steel Merchant Coupl
  - Brass Nipples
  - Stainless Steel Nipp
  - Others
  - prefabricated produc
- Electric Power Fitting
- other

**Contact Us**

**North American**

Tel：86 531 87885062
Fax：86 531 87879387
E-mail: haizhen.gao@meide-casting.com
Contact person：Haizhen.Gao
Company Address：Pingyin Industrial Park, Meigui Zone,Jinan,China,250400

**Welded Outlet**

current location: HOME >> Products >> American Standard

### Welded Outlet



Category **American Standard**

Clicks 7474

Release date: 2016/01/21

 MORE    0

⌄ **Inquiry**

**Details**

**Grooved Welded Outlet**

Material : ASTM A53
Groove : AWWA C606 and ISO 6182-12



| Size | in | 114 | 110 | 2 | 21/2 | 3 | 4 | 6 | 8 |
|---|---|---|---|---|---|---|---|---|---|
| Pipe Run Size | in | 11/4-8 | 11/2-8 | 2-8 | 21/2-8 | 3-8 | 4-8 | 6-8 | 8 |
| A | in | 1.640 | 1.900 | 2.375 | 2.875 | 3.500 | 4.500 | 6.625 | 8.625 |
| L | in | 2.969 | 2.969 | 2.969 | 2.969 | 2.969 | 3.576 | 3.576 | 4 |

elated tags: Malleablevalve

Previous:None

Next: Threaded Outlet

**Related Products:**


Dry Riser Landing Va


Gate Valve Z85X


Gate Valve XZ41X


Butterfly Valve XD37


Dry Riser Landing Va

**Related News:**

FM Approval for Threaded Butterfly Valve      VdS Approval for Gate Valve!

**Follow Us**

Latest Announcement
Download
Contact Us
Map
Culture
Honor

MESSAGE

JOB

| HOME | Sitemap | RSS | XML |

**MECH** 济南玫德铸造有限公司
JINAN MEIDE CASTING CO.,LTD.

SEARCH......

| Home | About us | Products | Quality | Application | News | Join Us | Contact Us |

**Product**

- Valve
- Fitting
- Grooved Couplings &
- Steel Pipe and Nipples
  - ERW PIPE
  - Steel Pipe Nipples
  - Welded Outlet
    - American Standard
    - BS Standard
    - DIN Standard
  - Steel Merchant Coupl
  - Brass Nipples
  - Stainless Steel Nipp
  - Others
  - prefabricated produc
- Electric Power Fitting
- other

**Contact Us**

**North American**

Tel：86 531 87885062
Fax：86 531 87879387
E-mail: haizhen.gao@meide-casting.com
Contact person：Haizhen.Gao
Company Address：Pingyin Industrial Park, Meigui Zone,Jinan,China,250400

### Threaded Outlet

current location: HOME >> Products >> American Standard

**Threaded Outlet**



Category: **American Standard**

Clicks: 146146

Release date: 2016/01/21

 MORE  0

**Inquiry**

---

**Details**

**Threaded Welded Outlet**






Material：ASTM A106
Threads：ASME B1.20.1, ISO 7/1

| Size | In | 1/2 | 3/4 | 1 | 11/4 | 11/2 | 2 | 21/2 | 3 | 4 |
|------|-----|------|------|------|------|------|------|------|------|------|
| Pipe Run Size | In | 1 to 4 | 1 to 4 | 11/4 to 4 | 11/2 to 6 | 2 to 6 | 3 to 6 | 3 to 8 | 4 to 8 | 6 to 8 |
| A | In | 1.083 | 1.321 | 1.555 | 1.870 | 2.165 | 2.724 | 3.209 | 3.957 | 4.961 |
| C | In | 1.063 | 1.126 | 1.248 | 1.374 | 1.626 | 1.752 | 2.217 | 2.500 | 3.000 |

---

elated tags: Malleablevalve

Previous: Welded Outlet

Next: None

**Related Products:**







Gate Valve XZ81X    Gate Valve Z85X    Dry Riser Landing Va    Butterfly Valve XD37



Gate Valve Z45X

**Related News:**

FM Approval for Threaded Butterfly Valve          VdS Approval for Gate Valve!

**Follow Us**

Latest Announcement
Download
Contact Us
Map
Culture
Honor

MESSAGE

JOB

35

# EXHIBIT E

**Right Connection**
Technology · Quality · Service

**Pipe System Accessories**
| VISION | 025 | 025R |

## Style 025

**Weld-O-Lets**  Publication: 12.13EN



| OD | B | C | D | E | F | Approx. Wt. Ea. |
|---|---|---|---|---|---|---|
| Inches mm | Inches mm | Inches mm | Inches mm | Inches mm | Inches mm | Lbs. kg |
| 1¼-1½ | 3.00 | 1.05 | 1.31 | 0.13 | | 0.4 |
| 32-40 | 76 | 26.7 | 33.4 | 3.4 | | 0.2 |
| 1½-2 | 3.00 | 1.05 | 1.31 | 0.13 | | 0.4 |
| 40-50 | 76 | 26.7 | 33.4 | 3.4 | | 0.2 |
| **1x** 2-2½ | 3.00 | 1.05 | 1.31 | 0.13 | | 0.4 |
| **25x** 50-65 | 76 | 26.7 | 33.4 | 3.4 | | 0.2 |
| 2½-4 | 3.00 | 1.05 | 1.31 | 0.13 | | 0.4 |
| 65-100 | 76 | 26.7 | 33.4 | 3.4 | | 0.2 |
| 5-8 | 3.00 | 1.05 | 1.31 | 0.13 | | 0.4 |
| 125-200 | 76 | 26.7 | 33.4 | 3.4 | | 0.2 |
| 1¼ | 3.00 | 1.37 | 1.67 | 0.14 | | 0.7 |
| 32 | 76 | 34.7 | 42.4 | 3.6 | | 0.3 |
| 1½ | 3.00 | 1.37 | 1.67 | 0.14 | | 0.7 |
| 40 | 76 | 34.7 | 42.4 | 3.6 | | 0.3 |
| **1¼x** 2-2½ | 3.00 | 1.37 | 1.67 | 0.14 | | 0.7 |
| **32x** 50-65 | 76 | 34.7 | 42.4 | 3.6 | | 0.3 |
| 3-4 | 3.00 | 1.37 | 1.67 | 0.14 | | 0.7 |
| 80-100 | 76 | 34.7 | 42.4 | 3.6 | | 0.3 |
| 5-8 | 3.00 | 1.37 | 1.67 | 0.14 | | 0.7 |
| 125-200 | 76 | 34.7 | 42.4 | 3.6 | | 0.3 |
| 1½ | 3.00 | 1.61 | 1.90 | 0.15 | | 0.7 |
| 40 | 76 | 40.9 | 48.3 | 3.7 | | 0.3 |
| 2 | 3.00 | 1.61 | 1.90 | 0.15 | | 0.7 |
| 50 | 76 | 40.9 | 48.3 | 3.7 | | 0.3 |
| **1½x** 2½ | 3.00 | 1.61 | 1.90 | 0.15 | | 0.7 |
| **40x** 65 | 76 | 40.9 | 48.3 | 3.7 | | 0.3 |
| 3-4 | 3.00 | 1.61 | 1.90 | 0.15 | | 0.7 |
| 80-100 | 76 | 40.9 | 48.3 | 3.7 | | 0.3 |
| 5-8 | 3.00 | 1.61 | 1.90 | 0.15 | | 0.7 |
| 125-200 | 76 | 40.9 | 48.3 | 3.7 | | 0.3 |
| 2 | 3.00 | 2.07 | 2.37 | 0.15 | | 0.9 |
| 50 | 76 | 52.5 | 60.3 | 3.9 | | 0.4 |
| 2½ | 3.00 | 2.07 | 2.37 | 0.15 | | 0.9 |
| 65 | 76 | 52.5 | 60.3 | 3.9 | | 0.4 |
| 3 | 3.00 | 2.07 | 2.37 | 0.15 | | 0.9 |
| 80 | 76 | 52.5 | 60.3 | 3.9 | | 0.4 |
| **2x** 4 | 3.00 | 2.07 | 2.37 | 0.15 | | 0.9 |
| **50x** 100 | 76 | 52.5 | 60.3 | 3.9 | | 0.4 |
| 5 | 3.00 | 2.07 | 2.37 | 0.15 | | 0.9 |
| 125 | 76 | 52.5 | 60.3 | 3.9 | | 0.4 |
| 6 | 3.00 | 2.07 | 2.37 | 0.15 | | 0.9 |
| 150 | 78 | 52.5 | 60.3 | 3.9 | | 0.4 |
| 8 | 3.00 | 2.07 | 2.37 | 0.15 | | 0.9 |
| 200 | 76 | 52.5 | 60.3 | 3.9 | | 0.4 |

☐ Style 025R Weld-O-Lets,Please contact VISION for details.

## Style 025 CONT'D

**Weld-O-Lets**  Publication: 12.13EN



| OD | B | C | D | E | F | Approx. Wt. Ea. |
|---|---|---|---|---|---|---|
| Inches mm | Inches mm | Inches mm | Inches mm | Inches mm | Inches mm | Lbs. kg |
| 2½ | 3.00 | 2.64 | 2.47 | 3.00 | 0.20 | 1.5 |
| 65 | 76 | 67 | 62.7 | 76.2 | 5.2 | 0.7 |
| 3 | 3.00 | 2.64 | 2.47 | 3.00 | 0.20 | 1.5 |
| 80 | 76 | 67 | 62.7 | 76.2 | 5.2 | 0.7 |
| 4 | 3.00 | 2.64 | 2.47 | 3.00 | 0.20 | 1.5 |
| **2½x** 100 | 76 | 67 | 62.7 | 76.2 | 5.2 | 0.7 |
| **65x** 5 | 3.00 | 2.64 | 2.47 | 3.00 | 0.20 | 1.5 |
| 125 | 76 | 67 | 62.7 | 76.2 | 5.2 | 0.7 |
| 6 | 3.00 | 2.64 | 2.47 | 3.00 | 0.20 | 1.5 |
| 150 | 76 | 67 | 62.7 | 76.2 | 5.2 | 0.7 |
| 8 | 3.00 | 2.64 | 2.47 | 3.00 | 0.20 | 1.5 |
| 200 | 76 | 67 | 62.7 | 76.2 | 5.2 | 0.7 |
| 3 | 3.00 | 3.27 | 3.07 | 3.50 | 0.22 | 2.0 |
| 80 | 76 | 83 | 78 | 88.9 | 5.5 | 0.9 |
| 4 | 3.00 | 3.27 | 3.07 | 3.50 | 0.22 | 2.0 |
| 100 | 76 | 83 | 78 | 88.9 | 5.5 | 0.9 |
| **3x** 5 | 3.00 | 3.27 | 3.07 | 3.50 | 0.22 | 2.0 |
| **80x** 125 | 76 | 83 | 78 | 88.9 | 5.5 | 0.9 |
| 6 | 3.00 | 3.27 | 3.07 | 3.50 | 0.22 | 2.0 |
| 150 | 76 | 83 | 78 | 88.9 | 5.5 | 0.9 |
| 8 | 3.00 | 3.27 | 3.07 | 3.50 | 0.22 | 2.0 |
| 200 | 76 | 83 | 78 | 88.9 | 5.5 | 0.9 |
| 4 | 4.02 | 4.25 | 4.02 | 4.50 | 0.24 | 3.7 |
| 100 | 102 | 108 | 102 | 114.3 | 6.0 | 1.7 |
| 5 | 4.02 | 4.25 | 4.02 | 4.50 | 0.24 | 3.7 |
| **4x** 125 | 102 | 108 | 102 | 114.3 | 6.0 | 1.7 |
| **100x** 6 | 4.02 | 4.25 | 4.02 | 4.50 | 0.24 | 3.7 |
| 150 | 102 | 108 | 102 | 114.3 | 6.0 | 1.7 |
| 8 | 4.02 | 4.25 | 4.02 | 4.50 | 0.24 | 3.7 |
| 200 | 102 | 108 | 102 | 114.3 | 6.0 | 1.7 |
| 6 | 4.02 | 6.38 | 6.06 | 6.63 | 0.28 | 6.6 |
| **6x** 150 | 102 | 162 | 154 | 168.3 | 7.1 | 3.0 |
| **150x** 8 | 4.02 | 6.38 | 6.06 | 6.63 | 0.28 | 6.6 |
| 200 | 102 | 162 | 154 | 168.3 | 7.1 | 3.0 |
| **8x** 8 | 4.02 | 8.35 | 7.99 | 8.63 | 0.32 | 10.1 |
| **200x** 200 | 102 | 212 | 203 | 219.1 | 8.2 | 4.6 |

VISION Welding Outlet fittings offer the user a high strength,Cost-efficient threaded and grooved line of fittings which designed and manufactured to be installed on standard wall pipe. The material used in manufacture is carbon steel,they are UL listed and FM approved with 300psi for use confirming to the requirement of the NFPA when used in fire sprinkler systems.

☐ Material:  Carbon Steel
☐ Welding face available with/without Chamfer
☐ Threaded type: NPT & BSPT
☐ Threaded End and Grooved End are available.



| **VISION INTERNATIONAL** | No.221 Jin Lan Rd.,JiaDing Industrial Park,Shanghai P.R. China,Tel:+86-21-5954-5863,Fax:+86-21-5954-3888 |
| www.visionpiping.com | | FIRE PROTECTION SYSTEM | INTERNATIONAL |
| A VISION COMPANY | NINGBO VISION PIPEFITTING CO.,LTD.,Xiaogang,Xinquan Village,Beilun District,Ningbo,Zhejiang P.R.of China ,Tel:+86-574-8615-6262 |

# EXHIBIT F



# CERIECO

## Pipe Out Lets



The Cerieco Pipe Out Let is manufactured from a high strength, high quality forging which conforms to the chemical and physical properties of ASTM A105 or equivalent.

All threads are carefully machined in accordance to requirements of ANSI/ASME B1.20.1, for NPT 300 lb. Class, and national standard for tapered pipe threads.

The Pipe Out Let fittings are UL/ULC Listed and FM approved for use in fire sprinklers installed in accordance with the requirements of NFPA13.

| Outlet | A Outside Dia. | C Length | D Inside Dia. | W | Box (Qty) |
|---|---|---|---|---|---|
| 1/2" | 1.125 | 1.063 | 0.7 | 0.171 | 400 |
| 3/4" | 1.375 | 1.125 | 0.9 | 0.26 | 240 |
| 1" | 1.597 | 1.25 | 1.145 | 0.32 | 160 |
| 1-1/4" | 1.949 | 1.375 | 1.49 | 0.41 | 90 |
| 1-1/2" | 2.2 | 1.625 | 1.61 | 0.477 | 70 |
| 2" | 2.7 | 1.75 | 2.067 | 0.8 | 40 |
| 2-1/2" | 3.164 | 2.215 | 2.469 | 1.15 | 25 |

Dimensions - Weights







The Pipe Out Let fitting is manufactured in a wide range of header sizes. The multiple header sizes shown on the back page, allows one fitting to be installed on more than one header size. This allows for reduced inventory without sacrificing fit and weldability

### MATERIAL SPECIFICATION: ASTM A-105  Forged Steel

#### CHEMICAL PROPERTIES
| | |
|---|---|
| Ca | 0.035% max. |
| Ma | 0.6 ~1.05% |
| P | 0.04% max. |
| Su | 0.05% max. |
| Si | 0.035% max. |

#### PHYSICAL PROPERTIES
Tensile Strength  70,000 psi. min.
Yield Strength  30,000 psi. min.
Brinell Hardness  187 max.

For Fire Protection & Other Low Pressure Piping Systems

37

# CERIECO
## Pipe Out Lets

**For Fire Protection & Other Low Pressure Piping Systems**



### Outlet - Run/Pipe

| Part No. | Outlet (A) | Run/Pipe(B) | Part No. | Outlet (A) | Run/Pipe(B) | Part No. | Outlet (A) | Run/Pipe(B) |
|---|---|---|---|---|---|---|---|---|
| 05012 | 1/2" | 1¼" - 1½" | | | | 20025 | 2" | 2½" |
| 05020 | | 2" - 2½" | 12012 | 1¼" | 1¼" - 1½" | 20030 | | 3" |
| 05025 | | 2½" - 8" | 12020 | | 2" - 2½" | 20040 | | 4" |
| 07012 | 3/4" | 1¼" - 1½" | 12030 | | 3" - 4" | 20050 | | 5" |
| 07020 | | 2" - 2½" | 12050 | | 5" - 8" | 20060 | | 6" |
| 07025 | | 2½" - 8" | 15020 | 1½" | 2" | 20080 | | 8" |
| 10012 | 1" | 1¼" - 1½" | 15025 | | 2½" | 25030 | 2½" | 3" |
| 10020 | | 2" - 2½" | 15030 | | 3" - 4" | 25040 | | 4" |
| 10030 | | 3" -4" | 15050 | | 5" - 8" | 25050 | | 5" |
| 10050 | | 5" - 8" | | | | 25060 | | 6" |
| | | | | | | 25080 | | 8" |

Vandewater International Inc
8551 W. Sunrise Blvd., Suite 204
Plantation, Florida 33322
Phone 954-370-8565
Fax 954-370-8850
VandeH20In@aol.com

EFFECTIVE JANUARY 1, 2013

# Vandewater International Inc.

8551 West Sunrise Blvd., Suite 204 ■ Plantation, FL 33322
Phone: 954.370.8565 ■ Fax: 954.370.8850
Email: VandeH20in@aol.com ■ Website: vandewaterinc.com



## CERIECO BRAND™
# GROOVED WELDED STEEL PIPE OUTLETS

• Approved for use in fire sprinkler systems installed in accordance with the requirements of NFPA 13.
• **Pressure Data**: Schedule 40: 300 psi; Schedule 10: 300 psi



**MATERIAL SPECIFICATION:**
**ASTM A-53 (ERW) PIPE**

| Physical Properties | |
|---|---|
| Tensile Strength | 70,000 psi. min. |
| Yield Strength | 30,000 psi. min. |
| Brinell Hardness | 187 max. |

| OUTLET SIZE | HEADER SIZES | C STD. LENGTH | D INSIDE DIA. | A OUTSIDE DIA. | WALL THICK-NESS (MIN.) | BOX QTY. | WEIGHT PER BOX |
|---|---|---|---|---|---|---|---|
| **DIMENSIONS & WEIGHTS** Schedule 40 CG (Standard Cut & Groove) | | | | | | | |
| 1-1/4" | 1-1/4" - 8" | 3" | 1.368 | 1.660 | 0.140 | 50 | 28 |
| 1-1/2" | 1-1/2" - 8" | 3" | 1.610 | 1.900 | 0.145 | 50 | 35 |
| 2" | 2" - 8" | 3" | 2.067 | 2.375 | 0.154 | 50 | 45 |
| 2-1/2" | 2-1/2" - 8" | 3" | 2.469 | 2.875 | 0.188 | 32 | 45 |
| 3" | 3" - 8" | 3" | 3.068 | 3.500 | 0.188 | 20 | 42 |
| 4" | 4" - 8" | 4" | 4.026 | 4.500 | 0.203 | 10 | 34 |
| 6" | 6" - 8" | 4" | 6.065 | 6.625 | 0.213 | 4 | 28 |
| 8" | 8" | 4" | 7.981 | 8.625 | 0.213 | 2 | 24 |
| **DIMENSIONS & WEIGHTS** Schedule 10 RG (Lightweight Roll Groove) | | | | | | | |
| 2" | 2" - 8" | 3" | 2.157 | 2.375 | 0.065 | 50 | 35 |
| 2-1/2" | 2-1/2" - 8" | 3" | 2.635 | 2.875 | 0.083 | 32 | 32 |
| 3" | 3" - 8" | 3" | 3.260 | 3.500 | 0.083 | 20 | 24 |
| 4" | 4" - 8" | 4" | 4.260 | 4.500 | 0.083 | 10 | 21 |
| 6" | 6" - 8" | 4" | 6.357 | 6.625 | 0.109 | 4 | 15 |
| 8" | 8" | 4" | 8.329 | 8.625 | 0.109 | 2 | 12 |

# EXHIBIT G

# BRANDS OF ANVIL INTERNATIONAL



Anvil product lines include malleable and cast iron fittings, unions and flanges; seamless and welded steel pipe nipples; steel pipe couplings; universal anvilets; forged steel fittings and unions; pipe hangers and supports; threaded rod; and engineered hangers.



The Gruvlok product line consists of couplings for grooved and plain-end fittings, butterfly valves and check valves; flanges; pump protection components; pipe grooving tools; as well as copper and stainless steel system components.



The SPF/Anvil product line includes a variety of internationally sourced products such as grooved couplings, fittings, cast iron, malleable iron and ductile iron threaded fittings, steel pipe nipples, as well as tee-lets.



Catawissa NACE and API approved wing unions for Standard Service are offered in non-pressure seal ends as well as threaded and butt weld, and are interchangeable with most leading union manufacturers. Fully traceable and available with complete mill certifications, Catawissa's oilfield wing union product line includes the standard ball-and-cone design plus our unique Figure 300 Flat Face design, where space and pipe line separation are a consideration.



Anvil EPS-Engineered Pipe Supports are products used to support piping systems under thermal, seismic, and other dynamic loading conditions. The product line encompasses variable spring hangers, constant supports, sway struts and snubbers as well as standard and special design clamps. Anvil EPS brings the highest quality products and innovative engineering solutions to common and uncommon piping system problems.



JB Smith is the leading manufacturer of oil country tubular fittings, swages and bull plugs – all meeting API specifications. Offering tubing nipples, casing nipples as well as a full line of traditional line pipe and oil country threads in every schedule, JB Smith is the resource for all your oilfield needs.



The Merit product line includes a variety of tee-lets and drop nipples for fire protection applications. Most Merit products are UL/ULC Listed, FM Approved, and rated from 175 to 300 psi.



Steel pipe nipples and steel pipe couplings are manufactured in accordance with the ASTM A733 Standard Specification for Welded and Seamless Carbon Steel and Stainless Steel Pipe Nipples. Steel pipe couplings are manufactured in accordance with the ASTM A865 Standard Specification for Threaded Couplings, Steel, Black or Zinc-Coated (Galvanized) Welded or Seamless, for Use in Steel Pipe Joints. API couplings are manufactured in accordance with the API Specification for line pipe.



Anvil-Strut products include a complete line of channel in stock lengths of 10 and 20 feet, with custom lengths available upon request. A variety of fittings and accessories are also offered. All products can be ordered in an assortment of finishes and material choices including SupR-Green™, Zinc Trivalent Chromium, pre-galvanized, hot-dipped galvanized, electro-galvanized, aluminum, plain, and stainless steel.

**North Alabama Pipe**

Founded in 1983, NAP is a manufacturer of fabrication equipment, including automatic welders, plasma cut-off equipment, hole cutting equipment, make-on machines and pipe threaders. NAP, innovators of pipe fabrication equipment.

**SPF MTM 300** Welded Out-Let Fittings 



# Choose the MTM 300
## Choose *Engineered Efficiency:*

- Unique Saddle Design – Out-Lets Cover Broader Range of Pipe Sizes Reducing Inventory and Lowering Costs.

- Engineered for Fast One-Pass Welding – More Efficient to Install; Saving Time, Labor and Money

- Thick Wall – Easy to Install While Reducing Heat Distortion & Burn Through

- Threads Are Quality Controlled to Aeronautical Standards – Superior Reliability Over Standard NPT Thread Forms. Fewer Leaks Translate into Lower Costs.

- Modern Design – Developed to Maximize Production Efficiencies of NAP Universal Welders, NAP Line Welders and other Current Weld Equipment.



For Listings/Approval Details and Limitations, visit our website at www.anvilintl.com or contact an Anvil® Sales Representative.

---

### GENERAL SPECIFICATIONS
MTM 300 Tee-Lets are manufactured from highly weldable steel which conforms to the chemical and physical requirements of ASTM A-53, Grades A or B, Type E

That is why MTM 300 Tee-Let thread-forms are quality controlled to Aeronautical National Form standards, which requires gaging both L-1 hand tight and L-3 wrench tight threads. This results in superior thread engagement and a more forgiving Tee-Let than those inspected only to traditional NPT L-1 gaging standards.

### RECOMMENDED HOLE SIZES
Holes may be cut by mechanical means including hole sawing, mechanical flame cutting (oxy-acetylene or propane), and air plasma cutting machines. When installing MTM 300 Products, Anvil International recommends using NAP fabrication equipment for consistent operations.

### RECOMMENDED WELD PROCEDURES
As a general rule, the weld should be only as hot as required to allow the weld to penetrate the materials being welded while allowing gases developed in the welding process to

escape. **Excessive heat may cause the threads near the weld zone to distort while also causing the branch line pipe to bend.**

### APPROVED PIPE MANUFACTURERS
MTM 300 Tee-Lets are designed to be installed on Schedule 40, Schedule 10 and Proprietary Flow Pipe. Please visit www.anvilintl.com for a complete listing or contact your local Anvil International Representative.

### AGENCY APPROVALS
MTM 300 Tee-Lets are UL/ULC Listed and FM Approved for use in Automatic Fire Sprinkler Systems installed in accordance with the requirements of NFPA Bulletin 13. The Tee-Lets are rated for 300psi for fire sprinkler systems.

> **CAUTION:**
> MTM 300 Tee-lets described herein must be installed and maintained in compliance with this document as well as the applicable standards of the National Fire Protection Association in addition to the standards of any other authorities having jurisdiction.

---

| PROJECT INFORMATION | APPROVAL STAMP | |
|---|---|---|
| Project: | ☐ Approved | |
| Address: | ☐ Approved as noted | |
| Contractor: | ☐ Not approved | |
| Engineer: | Remarks: | |
| Submittal Date: | | |
| Notes 1: | | |
| Notes 2: | | |

FP-3.16

**MERIT 300 TEE-LET** Welded Out-Let Fittings 



# When You Choose the Merit 300
# You Choose *Engineered Efficiency:*

- Unique Saddle Design – Out-Lets Cover Broader Range of Pipe Sizes Reducing Inventory and Lowering Costs.
- Engineered for Fast One-Pass Welding – More Efficient to Install; Saving Time, Labor and Money
- Thick Wall – Easy to Install While Reducing Heat Distortion & Burn Through
- Threads Are Quality Controlled to Aeronautical Standards – Superior Reliability Over Standard NPT Thread Forms. Fewer Leaks Translate into Lower Costs.
- Modern Design – Developed to Maximize Production Efficiencies of NAP Universal Welders, NAP Line Welders and other Current Weld Equipment.
- Domestic Manufacturer – Merit 300 Tee-Lets meet the requirement for domestic content for Automatic Fire Sprinkler Systems



## GENERAL SPECIFICATIONS

Merit 300 Tee-Lets are manufactured from highly weldable steel which conforms to the chemical and physical requirements of ASTM A-53, Grades A or B, Type E

That is why Merit 300 Tee-Let thread-forms are quality controlled to Aeronautical National Form standards, which requires gaging both L-1 hand tight and L-3 wrench tight threads. This results in superior thread engagement and a more forgiving Tee-Let than those inspected only to traditional NPT L-1 gaging standards.

## RECOMMENDED HOLE SIZES

Holes may be cut by mechanical means including hole sawing, mechanical flame cutting (oxy-acetylene or propane), and air plasma cutting machines. When installing Merit Products, Anvil International recommends using NAP fabrication equipment for consistent operations.

## RECOMMENDED WELD PROCEDURES

As a general rule, the weld should be only as hot as required to allow the weld to penetrate the materials being welded while allowing gases developed in the welding process to

escape. **Excessive heat may cause the threads near the weld zone to distort while also causing the branch line pipe to bend.**

## APPROVED PIPE MANUFACTURERS

Merit 300 Tee-Lets are designed to be installed on Schedule 40, Schedule 10 and Proprietary Flow Pipe. Please visit www.anvilintl.com for a complete listing or contact your local Anvil International Representative.

## AGENCY APPROVALS

Merit 300 Tee-Lets are UL/ULC Listed and FM Approved for use in Automatic Fire Sprinkler Systems installed in accordance with the requirements of NFPA Bulletin 13. The Tee-Lets are rated for 300psi for fire sprinkler systems.

### CAUTION:
Merit 300 Tee-lets described herein must be installed and maintained in compliance with this document as well as the applicable standards of the National Fire Protection Association in addition to the standards of any other authorities having jurisdiction.

| PROJECT INFORMATION | APPROVAL STAMP |
|---|---|
| Project: | ☐ Approved |
| Address: | ☐ Approved as noted |
| Contractor: | ☐ Not approved |
| Engineer: | Remarks: |
| Submittal Date: | |
| Notes 1: | |
| Notes 2: | |

FP-7.15

42

 **Welded Outlet Fittings** 

## For Fire Protection & Other Low Pressure Piping Systems



SPF Welded Outlet Fittings offer the user a high strength, low cost forged threaded and grooved line of fittings specifically designed and manufactured to be installed on proprietary thin wall flow pipe, Schedule 5, 10, and 40 standard wall pipes.

SPF Welded Outlets are forged steel welding outlet fittings. The material used in manufacture meets the chemical and physical requirements of ASTM A 53. SPF Welded Outlet Fittings employ a low weld volume design to provide either a partial or full penetration weld employing a single pass with minimum burn-through and pipe distortion. Threads comply with ANSI B1.20.1. The SPF Welded Outlets are UL Listed and FM Approved for use conforming to the requirements of NFPA 13. SPF Welded Outlet Fittings are rated for 300 psi when used in fire sprinkler system applications.

For Listings/Approval Details and Limitations, visit our website at www.anvilintl.com or contact an AnviP Sales Representative.

| SPF WELDED OUTLET FITTINGS | | | |
|---|---|---|---|
| Outlet Model | Outlet Pipe Size | Header Pipe Size | Rated Pressure |
| | In. | In. | psig |
| MTM-40 | ½, ¾, 1 | ½ - 8 (Sch.10, 40) | 300 |
| | 1¼, 1½, 2, 2½, 3, 4 | ½ - 4 (Sch. 5, DynaFlow) | |
| | 2 | 4, 6 (EZ-Flow) | |
| GR-40 | 1 - 8 | 1¼ - 8 (Sch.10, 40) | 300 |
| | 2½ - 8 | 2½ - 8 (Sch. 5, DynaFlow) | |

1) Size-on size (i.e. 2 x 2) SPF Welded Outlet Fittings are not FM Approved.
2) FM rated working pressure when welded on Sch. 5 or lightwall pipe is 175 psi.
3) Refer to the UL and FM websites for the most current pressure ratings.

| PROJECT INFORMATION | APPROVAL STAMP |
|---|---|
| **Project:** | ❏ **Approved** |
| **Address:** | ❏ **Approved as noted** |
| **Contractor:** | ❏ **Not approved** |
| **Engineer:** | **Remarks:** |
| **Submittal Date:** | |
| **Notes 1:** | |
| **Notes 2:** | |

SPF-8.14

# WELD-MISER TEE-LET  Welded Outlet Fittings  

## For Fire Protection & Other Low Pressure Piping Systems



Merit Weld-Miser™ Tee-Let® Welding Branch Outlet
Fittings offer the user a high strength, low cost forged
threaded and grooved line of fittings specifically designed
and manufactured to be installed on Schedules 5 thru 10,
proprietary thin wall flow pipe and standard wall pipe.

Merit Tee-Lets are forged steel welding outlet fittings. The
material used in manufacture meets the chemical and
physical requirements of ASTM A 53, Grades A or B,
Type E, A-135, A-795, Tee-Lets employ a low weld volume
design to provide for either a partial or full penetration
weld employing a single pass with minimum burn-through
and pipe distortion. Weld Miser Tee-Lets are recommended
for use on proprietary thin wall, Schedules 5, 10 and 40
pipe. Threads comply with ANSI B1.20.1 or ISO7/1.
They are UL Listed and FM Approved for use conforming
to the requirements of Bulletin 13 1999 of the National
Fire Protection Association. When used in fire sprinkler
systems, Tee-Lets are rated for 300 psi.



For Listings/Approval Details and Limitations,
visit our website at www.anvilintl.com or
contact an Anvil® Sales Representative.

## TEE-LET WELDED OUTLET FITTING
### (UL VIZU — EX6032, FM Approval Guide Chapter 1 – Pipe Fittings)

| Outlet Model | Outlet Pipe Size | Header Pipe Size | Rated Pressure |
|---|---|---|---|
| | In. | In. | psig |
| Tee-Let Type A (F-Threaded End) | ½, ¾, 1 | ½ - 8 (Sch.10, 40) | 300 |
| | 1¼, 1½, 2, 2½, 3, 4 | ½ - 4 (Sch. 5, DynaFlow) | |
| | 2 | 4 (EZ-Flow) | |
| | 2, 4 | 6 (EZ-Flow) | |
| Tee-Let Type C (Grooved End) | 1¼ - 8 | 1¼ - 8 (Sch.10, 40) | 300 |
| | 2½ - 8 | ½ - 4 (Sch. 5, DynaFlow) | |
| Tee-Let Type C/R (Roll Grooved End) | 1¼ - 6 | 1¼ - 8 (All Schedules) | 300 |

44

 

Greencastle Facility
9170 Molly Pitcher Hwy
Greencastle, PA 17225
Telephone: 717-597-5300
Fax; 717-597-5394
ISO 9001:2008 Certified Facility

Waynesboro Facility
330 E Ninth Street
Waynesboro, PA 17268
Telephone: 717-762-9141
Fax: 717-762-9153
ISO 9001:2008 Certified Facility

## CERTIFICATE OF COMPLIANCE

This is to certify that the following products are manufactured by Beck Manufacturing/Anvil International, Greencastle & Waynesboro, PA, USA.

**Standard Welded Nipples**
| | |
|---|---|
| Manufactured Specification | ASTM A733 |
| Material | ASTM A53/ASME SA53 |
| Threads | ASME B1.20.1 |
| Galvanizing/Plating | ASTM A123/ASTM B633 |

**Seamless Pipe Nipples – High Temperature and Low Temperature**
| | |
|---|---|
| Manufactured Specification | ASTM A733 |
| Material | ASTM A106/ASME SA106 or ASTM A333/ASTM999 |
| Threads | ASME B1.20.1 |
| Galvanizing/Plating | ASTM A123/ASTM B633 |

**Steel Merchant and XH Couplings**
| | |
|---|---|
| Manufactured Specification | ASTM A865 |
| Material | ASTM A53/ASME SA53 or ASTM A106/ASME SA106 |
| Threads | ASME B1.20.1 |
| Plating | ASTM B633. |

**API 5L Line Pipe Couplings**
| | |
|---|---|
| Manufactured Specification | API 5L |
| Plating | ASTM B633 |

**Shallow Well Couplings, Water Well & Drifted Coupling, & #9 Drive Couplings**
| | |
|---|---|
| Manufactured Specification | ASTM A589 |
| Material | ASTM A53 |
| Threads | ASME B1.20.1 |
| Plating | ASTM B633 |

**Weld-Miser Tee-let – Weld outlet**
| | |
|---|---|
| Material | AISI 1010 Hot Rolled Steel, ASTM A53 Grade A or B ASTM A135 or ASTM A795 |
| Threads | ASME B1.20.1 or ISO7/1 |
| Plating | ASTM B633 |
| Licensing Approvals | c(UL)us LISTED and (FM) APPROVED |

**Eliminator – Adjustable Drop Nipples**
| | |
|---|---|
| Material | ASTM A53, ASTM A135, or ASTM A513 |
| Threads | ASME B1.20.1 or ISO7/1 |
| Plating | ASTM B633 |

Certified for and on behalf of Anvil International/Beck Manufacturing   Greencastle & Waynesboro Facilities.

Chris Hohl
General Manager

COC   137

UNCONTROLLED COPY



# Weld-Miser™ Tee-Let®
## Installation
Welding Outlet Fittings



**MERIT NPT THREAD FORM**          **STANDARD NPT THREAD FORM**

### Threading Practice

Tee-Let® thread form is consistent with Aeronautical National Form (ANPT) AS71051. The thread is fully formed over both the L-1 hand tight and L-3 wrench tight threads. NPT tapered threads are typically gauged only over the L-1 threads. This makes Tee-Lets more forgiving of field cut threaded pipe that may only marginally conform to the specification. Fewer leaks translate into lower costs.

### Ease of Installation




Merit Manufacturing Tee-Lets are designed to sit higher on the pipe, thereby requiring less weld and eliminating burn through.  Tee-Lets sit higher on the header or branch line pipe than competitive fittings. This allows the welding torch to remain in an optimum position for welding. In addition, 1½" and larger Type A female threaded and Type C grooved Tee-Lets require the same hole size for installation. This results in fewer change overs when installed using automatic welders.

### Welding Practice

When measured with respect to linear inches of weld required for installation, Tee-Lets require up to 15% less weld than competitive fittings. This reduces time and savings over time are substantial.  The diameter of the contoured end of Type A Tee-Lets has been reduced so that the wall thickness more nearly matches the header or branch line pipe wall thickness. Therefore, current and voltage settings required for welding are set to provide for adequate penetration without burn through and cold shutting. Also, weld volume required for installation is lower for Tee-Lets than most other fittings. Typically, Tee-Lets require one-weld pass for attachment.

## NPT TAPERED PIPE THREADS

| Drop Nipple or Tee-Let Outlet Size | L1 Hand Tight | | L3 Wrench Tight | | Total L1 - L3 Length | | L2 Effective Threads | |
|---|---|---|---|---|---|---|---|---|
| In. (mm) | In. (mm) | Threads | In. (mm) | Threads | In. (mm) | Threads | In. (mm) | Threads |
| ½" 15 | 0.320 8.1 | 4.48 | 0.214 5.4 | 3.00 | 0.534 13.6 | 7.48 | 0.534 13.6 | 7.47 |
| ¾" 20 | 0.339 8.6 | 4.75 | 0.214 5.4 | 3.00 | 0.553 14.0 | 7.75 | 0.546 13.9 | 7.64 |
| 1" 25 | 0.400 10.2 | 4.60 | 0.261 6.6 | 3.00 | 0.661 16.8 | 7.60 | 0.683 17.3 | 7.85 |
| 1¼" 40 | 0.420 10.7 | 4.83 | 0.261 6.6 | 3.00 | 0.681 17.3 | 7.83 | 0.707 18.0 | 8.13 |
| 1½" 50 | 0.420 10.7 | 4.83 | 0.261 6.6 | 3.00 | 0.697 17.7 | 7.83 | 0.724 18.4 | 8.32 |
| 2" 65 | 0.436 11.1 | 5.01 | 0.261 6.6 | 3.00 | 0.706 17.9 | 8.01 | 0.757 19.2 | 8.70 |
| 2½" 65 | 0.682 17.3 | 5.46 | 0.250 6.4 | 2.00 | 0.932 23.7 | 7.46 | 1.138 28.9 | 9.10 |
| 3 80 | 0.766 19.5 | 6.13 | 0.250 6.4 | 2.00 | 1.016 25.8 | 8.13 | 1.200 30.5 | 9.60 |
| 4 100 | 0.844 21.4 | 6.75 | 0.250 6.4 | 2.00 | 1.094 27.8 | 8.75 | 1.300 33.0 | 10.40 |

### Domestic Manufacture

Increasingly, federal, state, municipal, and quasi municipal authorities require domestic content for fire sprinkler systems. Merit® Tee-Lets® meet these requirements. The need to maintain dual inventories; one domestic; one import is eliminated.



2" Merit Weld-Miser Tee-Let          2" Competitive Fitting

## WELDING PRACTICE

| Outlet Size | MERIT WELD-MISER TEE-LET | | | | COMPETITIVE FITTING | | | |
|---|---|---|---|---|---|---|---|---|
| | WELD VOLUME* | | LINEAR WELDING | | WELD VOLUME* | | LINEAR WELDING | |
| In. (mm) | Cross Sec. Area | %less | In.(mm) | %less | Cross Sec. Area | %more | In.(mm) | %less |

46

**SPF/ANVIL** **Welded Outlet Fittings**                    **ANVIL** INTERNATIONAL

SPF Welded Outlets are designed and Manufactured to reduce the amount of weld required to install the Tee-Lets on thin wall or proprietary flow pipe. Typically only one weld-pass completes the installation. SPF Welded Outlets install with less weld volume than any other brand of welding outlet fittings for fire sprinkler applications. To accomplish this:

- The contoured end of the fittings employs a reduced outside diameter. Two major advantages are immediately apparent:

- The thinner wall on the contoured end permits welding temperatures to be matched to the thickness of the branch line or main thereby insuring complete penetration without cold welds, weld roll-off, burn-through or excessive distortion.

- On smaller sizes a heavier section is maintained on the threaded end of the fitting. This protects the threads from damage during shipping and handling prior to installation as well as from weld distortion.

- Each outlet size 1½" and larger, whether female threaded, cut grooved or beveled requires the same hole size in the header pipe. This simplifies the installation process.

### GENERAL SPECIFICATIONS
- Welded outlet fittings are manufactured from highly weldable steel which conforms to the chemical and physical requirements of ASTM A-53, Grades A or B, Type E. Ease of installation is assured when automatic welding equipment is used to install SPF Welded Outlets.

- Threads are cut in accordance with the requirements of ANSI B1.20.1, national standard for tapered pipe threads.

- SPF Welded Outlets threaded and grooved welding outlet fittings are UL/ULC Listed and FM Approved for use in the fire sprinkler systems installed in accordance with the requirements of NFPA 13. They are rated for 300 PSI operation in fire sprinkler systems, and higher pressures in other non-critical piping systems.

- SPF Welded Outlets are offered in a wide variety of header sizes. The consolidated header sizes shown in the following charts allow the fittings to be installed on more than one header size, permitting the first size listed to fit the header perfectly, while a small gap along the longitudinal center line of the header will appear for the second size listed.

- SPF Welded Outlets are identified by a lot number that provides full traceability.

### FOR YOUR PIPING SYSTEMS SPECIFY SPF WELDED OUTLETS
Branch Outlet Fittings shall be SPF Welded Outlets, Lightweight forged steel, employing low weld volume profile to provide for full penetration welds with minimum burn through and pipe distortion on Schedule 5 thru 10, proprietary thin wall, and standard wall pipe. Threads are to be ANSI B1.20.1 and the bore of the fittings calculated to improve flow. Welding outlets to be UL Listed, FM Approved for use conforming to NFPA 13, and pressure rated for 300 PSI maximum.

SPF-8.14

# EXHIBIT H