BLYTHE G. KOCHSIEK (SBN 285389)
bkochsiek@kslaw.com
KING & SPALDING LLP
633 West Fifth Street, Suite 1600
Los Angeles, CA  90071
Telephone:  +1 213 443 4355
FACSIMILE:   +1 213 443 4310

J. MICHAEL TAYLOR (pro hac vice)
jmtaylor@kslaw.com
KING & SPALDING LLP
1700 Pennsylvania Avenue, NW
Washington, DC 20006-4707
Telephone:  +1 202 737 0500
FACSIMILE:  +1 202 626 3737

{*Additional Counsel Listed On Signature Page*}

# UNITED STATES DISTRICT COURT
## CENTRAL DISTRICT OF CALIFORNIA
### WESTERN DIVISION

| | |
|---|---|
| UNITED STATES OF AMERICA *ex rel.* ISLAND INDUSTRIES, INC., <br><br> Plaintiff-Relator, <br><br> v. <br><br> VANDEWATER INTERNATIONAL INC.; NEIL REUBENS; ANVIL INTERNATIONAL, LLC; SIGMA CORPORATION; SMITH COOPER INTERNATIONAL; ALLIED RUBBER & GASKET COMPANY; and JOHN DOES Nos. 1–10, <br><br> Defendants. | Case No. 2:17-CV-04393-RGK-KS <br><br><br> {~~PROPOSED~~} ORDER GRANTING DEFENDANT ANVIL'S APPLICATION FOR LEAVE TO FILE UNDER SEAL |

Upon consideration of the Application For Leave To File Under Seal filed by Anvil International, LLC, and upon consideration of the accompanying declaration and documents, it is ORDERED that the Application is granted and that Anvil may submit the following documents either under seal or with redactions, as specified in the below table:

| Document | Redactions Sought (page:lines) | Rationale |
|---|---|---|
| Memorandum In Support Of Motion For Leave To Amend Its Answer In Order To File Counterclaims ("Memorandum") | **3:**19; **4:**8-10, 10-12, 13-14, 21-23, 25-26; **5:**3-8, 13-15, 16-17, 17-18, 19-20, 22-23; **6:** 4-6, 12-14, 20-21; **12:**16-17, 19-20; **13:**10-12, **18:** 25-27, **19:** 18-19 | These pages include confidential information and trade secrets. |
| Defendant Anvil International, LLC's {Proposed} Counterclaims (Attachment to Anvil International, LLC's Notice Of Motion For Leave To Amend Its Answer In Order to File Counterclaims) | **3:**12-14; **4:**11-12; **5:**27-**6:**1; **6:**1-2, 3-5, 6, 6-7; **7:**3-5, 6-7, 8-11, 14-16, 20-21, 24-25; **8:**5-7, 10-12, 18-20, 21-24, 25-27; **9:**2-5, 13-19, 22-24, 25-26; **10:**18-20; **11:**16-18 | These pages include confidential information and trade secrets. |
| Ex. D of Memorandum | Seal entirely | These pages include confidential |

Case 2:17-cv-04393-RGK-KS   Document 162   Filed 03/17/20   Page 3 of 4   Page ID #:1699

| | | |
|---|---|---|
| | | information and trade secrets. |
| Ex. E of Memorandum | Redactions of personal and financial information | This exhibit includes banking and financial information of Island and an Anvil employee. |
| Ex. F of Memorandum | Seal entirely | This exhibit includes confidential information and trade secrets. |
| Ex. G of Memorandum | Seal entirely | This exhibit includes confidential information and trade secrets. |
| Ex. H of Memorandum | Seal entirely | This exhibit includes confidential information and trade secrets. |
| Ex. I of Memorandum | Seal entirely | This exhibit includes confidential information and trade secrets. |
| Ex. J of Memorandum | Seal entirely | This exhibit includes confidential |

| | | |
|---|---|---|
| | | information and trade secrets. |
| Ex. K of Memorandum | Seal entirely | This exhibit includes confidential information and trade secrets. |
| Ex. L of Memorandum | Seal entirely | This exhibit includes confidential information and trade secrets. |
| Ex. M of Memorandum | Seal entirely | This exhibit includes confidential information and trade secrets. |

SO ORDERED this 17th day of March, 2020.

*/s/ Gary Klausner*
_____

The Honorable Judge R. Gary Klausner

United States District Court

for the Central District of California