MAYER BROWN LLP
MATTHEW H. MARMOLEJO (SBN 242964)
 mmarmolejo@mayerbrown.com
C. MITCHELL HENDY (SBN 282036)
 mhendy@mayerbrown.com
350 South Grand Avenue, 25th Floor
Los Angeles, CA 90071-1503
Tel: (213) 229-9500
Fax: (213) 576-8185

MAYER BROWN LLP
KELLY B. KRAMER (*pro hac vice*)
 kkramer@mayerbrown.com
1999 K Street, NW
Washington, D.C. 20006
Tel: (202) 263-3007
Fax: (202) 263-5207
Attorneys for Plaintiff-Relator
ISLAND INDUSTRIES, INC.

# UNITED STATES DISTRICT COURT

# CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA *ex rel.* ISLAND INDUSTRIES, INC.,<br><br>Plaintiffs,<br><br>v.<br><br>VANDEWATER INTERNATIONAL INC., et al.,<br><br>Defendants. | Case No. 2:17-cv-04393-RGK-KS<br><br>**JOINT STIPULATION OF DISMISSAL OF DEFENDANT ANVIL INTERNATIONAL, LLC**<br><br>Dept: 850<br>Judge: Hon. Gary Klausner |

Under Fed.R.Civ.P. 41(a)(1), Plaintiff-Relator Island Industries, Inc. ("Island"), and Defendants Vandewater International, Inc., Anvil International, LLC ("Anvil"), Smith Cooper International, and Sigma Corporation hereby stipulate to the dismissal of all the claims in this action ("this Action") against Anvil, under the following conditions:

1. Such dismissal shall be with prejudice as to Island;
2. Such dismissal shall be without prejudice as to the United States;
3. Island shall bear its own attorneys' fees, expenses and costs related to this Action;
4. Neither this Stipulation nor the dismissal of the claims against Anvil shall act to release Island or its, successors, attorneys, agents, or assigns from any claims, known or unknown, present or future, related to this Action held by Anvil;
5. Anvil retains the right to seek the recovery of its attorneys' fees, expenses and costs related to this Action from Island and its, successors, attorneys, agents, or assigns, pursuant but not limited to, 31 U.S.C. 3730(d)(4), 28 U.S.C. 1927, and Fed.R.Civ.P. 54(d)(1) & (2), and the Court's inherent authority;
6. Following dismissal of the claims against Anvil, the Court shall retain jurisdiction to hear any motions by Anvil for attorneys' fees, expenses and costs, pursuant but not limited to, 31 U.S.C. 3730(d)(4), 28 U.S.C. 1927, Fed.R.Civ.P. 54(d)(1) & (2), and the Court's inherent authority;
7. On March 18, 2020, Anvil moved to amend its Answer to add counterclaims against Island alleging violations of, inter alia, 18 U.S.C. 1836(b), TENN. CODE. ANN. 47-25-1701, et seq, and TENN. CODE. 47-25-1705; and,
8. Following dismissal of the claims against Anvil, the Court shall retain jurisdiction to hear Anvil's motion to amend its Answer, as well as any related motions, and should such motion(s) be granted, the Court retains authority to hear Anvil's counterclaims against Island as part of this Action.

Pursuant to 31 U.S.C. § 3730(b)(1), the United States hereby consents to the dismissal of the claims in this action against Anvil International, LLC, so long as dismissal is without prejudice to the United States.

Dated: March 18, 2020

MAYER BROWN LLP

*/s/ Matthew H. Marmolejo*
Kelly B. Kramer
Matthew H. Marmolejo
C. Mitchell Hendy
Attorneys for Plaintiff-Relator
ISLAND INDUSTRIES, INC.

U.S. DEPARTMENT OF JUSTICE

*/s/ Jennifer Chorpening*
Jennifer Chorpening
Attorneys for Plaintiff
UNITED STATES OF AMERICA

KING AND SPALDING LLP U.S.

*/s/ J. Michael Taylor*
J. Michael Taylor
Attorneys for Defendant
ANVIL INTERNATIONAL LLC

WHITE & CASE LLP

*/s/ Lucius B. Lau*
Lucius B. Lau
Attorneys for Defendant
SIGMA CORPORATION

FAGRE DRINKER BIDDLE LLP

*/s/ Ryan Matthew Salzman*
Ryan Matthew Salzman
Attorneys for Defendants
VANDEWATER INTERNATIONAL INC.
AND NEIL REUBENS

-2-
JOINT STIPULATION OF DISMISSAL OF DEFENDANT ANVIL INTERNATIONAL, LLC;
CASE NO. 2:17-CV-04393-RGK-KS

BAKER MARQUART LLP

*/s/ Brian E. Klein*
Brian E. Klein
Attorneys for Defendant
SMITH-COOPER INTERNATIONAL, INC.

-3-
JOINT STIPULATION OF DISMISSAL OF DEFENDANT ANVIL INTERNATIONAL, LLC;
CASE NO. 2:17-CV-04393-RGK-KS

**ATTESTATION**

Pursuant to Local Rule 5-4.3.4(a)(2)(i), I hereby attest that the content of this document is acceptable to counsel for plaintiff, Jennifer Chorpening, and counsel for all defendants including, J. Michael Taylor, Lucius B. Lau, Ryan Matthew Salzman, and Brian E. Klein, and that each has authorized the filing.

*/s/ Matthew H. Marmolejo*
Matthew H. Marmolejo
Attorneys for Plaintiff-Relator
ISLAND INDUSTRIES, INC.

# PROOF OF SERVICE

I, Alexus Payton, declare:

I am employed in Los Angeles County, California. I am over the age of eighteen years and not a party to the within-entitled action. My business address is Mayer Brown LLP, 350 South Grand Avenue, 25th Floor, Los Angeles, California 90071-1503. On March 18, 2020, I served a copy of the within document(s):

**JOINT STIPULATION OF DISMISSAL OF DEFENDANT ANVIL INTERNATIONAL, LLC**

☒    by transmitting via e-mail or electronic transmission the document(s) listed above to the person(s) at the e-mail address(es) set forth below.

**SEE ATTACHED SERVICE LIST**

I declare under penalty of perjury under the laws of the United States of America that the above is true and correct.

Executed on March 18, 2020, at Los Angeles, California.

                                             s/Alexus Payton
                                             Alexus Payton

|   |   |   |
|---|---|---|
| 1 | **SERVICE LIST** | |
| 2 | Carmen Lo<br>White & Case LLP<br>555 South Flower Street, Suite 2700<br>Los Angeles, CA 90071<br>Telephone: (213) 620-7700<br>Fax: (213) 452-2329<br>Email: carmen.lo@whitecase.com | *Attorneys for Defendant Sigma Corporation* |
| 6 | Lucius B. Lau (*pro hac vice*)<br>James P. Gagen (*pro hac vice*)<br>Sadie Pulliam<br>White & Case LLP<br>701 13th Street, N.W.<br>Washington, DC 20005-3807<br>Telephone: (202) 626-3600<br>Fax: (202) 639-9355<br>Email: alau@whitecase.com<br>Email: jgagen@whitecase.com<br>Email: sadie.pulliam@whitecase.com | |
| 13 | Brian E. Klein<br>Teresa Lenore Huggins<br>Baker Marquart LLP<br>777 South Figueroa Street, Suite 2850<br>Los Angeles, CA 90017<br>Telephone: (424) 652-7800<br>Fax: (424) 652-7850<br>Email: bklein@bakermarquart.com<br>Email: thuggins@bakermarquart.com | *Attorneys for Defendant Smith Cooper International* |
| 18 | Neil H. MacBride (*pro hac vice*)<br>Paul S. Mishkin (*pro hac vice*)<br>Marc J. Tobak (*pro hac vice*)<br>Davis Polk & Wardwell LLP<br>450 Lexington Avenue<br>New York, NY 10017<br>Telephone: (212) 450-4000<br>Fax: (212) 701-5800<br>Email: neil.macbride@davispolk.com<br>Email: paul.mishkin@davispolk.com<br>Email: marc.tobak@davispolk.com | |
| 24 | Blythe G. Kochsiek<br>King and Spalding LLP<br>633 West 5th Street, Suite 1600<br>Los Angeles, CA 90071<br>Telephone: (213) 443-4350<br>Fax: (213) 443-4310<br>Email: bkochsiek@kslaw.com | *Attorneys for Defendant Anvil International, LLC* |
| 28 | Christopher C. Burris (*pro hac vice*) | |

| | | |
|---|---|---|
| 1 | King and Spalding LLP<br>1180 Peachtree Street NE | |
| 2 | Atlanta, GA 30309<br>Telephone: (404) 572-4708 | |
| 3 | Fax: (404) 572-5100<br>cburris@kslaw.com | |
| 4 | | |
| 5 | Daniel L. Schneiderman (*pro hac vice*)<br>J. Michael Taylor (*pro hac vice*) | |
| 6 | King and Spalding LLP<br>1700 Pennsylvania Avenue NW | |
| 7 | Washington, DC 20006<br>Telephone: (202) 626-2385 | |
| 8 | Fax: (202) 626-3737<br>Email: dschneiderman@kslaw.com | |
| 9 | Email : jmtaylor@kslaw.com | |
| 10 | Ryan Matthew Salzman<br>Drinker Biddle and Reath LLP | *Attorneys for Defendants Vandewater International Inc. and Neil Ruebens* |
| 11 | 1800 Century Park East Suite 1500<br>Los Angeles, CA 90067-1504 | |
| 12 | Telephone: (310) 203-4000<br>Fax: (310) 229-1285 | |
| 13 | Email: ryan.salzman@dbr.com | |
| 14 | Joie C. Hand (pro hac vice)<br>Joseph A. Rillotta (pro hac vice) | |
| 15 | Thomas J. Kelly, Jr. (pro hac vice)<br>Drinker Biddle and Reath LLP | |
| 16 | 1500 K Street NW Suite 1100<br>Washington, DC 20005 | |
| 17 | Telephone: (202) 230-5108<br>Fax: (202) 842-8465 | |
| 18 | Email: joie.hand@dbr.com<br>joseph.rillotta@dbr.com | |
| 19 | Email: Thomas.kelly@dbr.com | |
| 20 | | |
| 21 | Allied Rubber & Gasket Company<br>Attention: Siy Belfi - Director | *Defendants* |
| 22 | 3145 Tiger Run Ct., Suite 105<br>Carlsbad, CA 92010 | |
| 23 | [BY U.S. MAIL ONLY] | |
| 24 | | |
| 25 | | |
| 26 | | |
| 27 | | |
| 28 | | |

3