| | |
|---|---|
| MAYER BROWN LLP<br>MATTHEW H. MARMOLEJO (SBN 242964)<br> *mmarmolejo@mayerbrown.com*<br>C. MITCHELL HENDY (SBN 282036)<br> *mhendy@mayerbrown.com*<br>350 South Grand Avenue, 25th Floor<br>Los Angeles, CA 90071-1503<br>Tel: (213) 229-9500<br>Fax: (213) 576-8185<br><br>MAYER BROWN LLP<br>KELLY B. KRAMER (*pro hac vice*)<br> *kkramer@mayerbrown.com*<br>1999 K Street, NW<br>Washington, D.C. 20006<br>Tel: (202) 263-3007<br>Fax: (202) 263-5207<br><br>Attorneys for Plaintiff-Relator<br>ISLAND INDUSTRIES, INC. | **REVISED EXHIBITS AS PURSUANT TO COURT ORDER (ECF# 251)** |

**UNITED STATES DISTRICT COURT**

**CENTRAL DISTRICT OF CALIFORNIA**

| | |
|---|---|
| UNITED STATES OF AMERICA *ex rel.* ISLAND INDUSTRIES, INC.,<br><br> Plaintiff,<br><br> vs.<br><br>VANDEWATER INTERNATIONAL INC.; NEIL REUBENS; ANVIL INTERNATIONAL, LLC; SIGMA CORPORATION; SMITH COOPER INTERNATIONAL; ALLIED RUBBER & GASKET COMPANY, and JOHN DOES Nos. 1-10.,<br><br> Defendants. | Case No. 2:17-cv-04393-RGK-KS<br><br>**DECLARATION OF MATTHEW H. MARMOLEJO IN SUPPORT OF RELATOR ISLAND INDUSTRIES, INC.'S OPPOSITIONS TO DEFENDANTS' MOTIONS FOR SUMMARY JUDGMENT**<br><br>Date: May 18, 2020<br>Time: 9:00 a.m.<br>Courtroom: 850<br>Judge: Hon. R. Gary Klausner |

## **DECLARATION OF MATTHEW H. MARMOLEJO**

1. I am a partner in the law firm of Mayer Brown LLP, counsel of record for Plaintiff-Relator Island Industries, Inc. ("Island Industries") in the above-captioned action. I am admitted to practice before this Court, and I am a member in good standing of the bar of the State of California. I make this declaration in support of Island Industries' Oppositions to the Motions for Summary Judgment filed by Smith-Cooper International, Inc. ("SCI"), Sigma Corporation ("Sigma") and Vandewater International Inc. and Neil Reubens (jointly, "Vandewater"). If called upon to do so, I could and would competently testify to the matters stated herein.

<u>Department of Commerce Materials</u>

2. Attached hereto as **Exhibit 1** is a true and correct copy of the Department of Commerce's December 7, 1986 titled *Antidumping Duty Order; Certain Carbon Steel Butt-Weld Pipe Fittings from Taiwan*, 51 FR 45152 (Dec. 17, 1986).

3. Attached hereto as **Exhibit 2** is a true and correct copy of a letter dated October 10, 1991, from Lloyd Perkins, Vice President of Sprink, Inc., to Department of Commerce requesting Sprink-let scope ruling.

4. Attached hereto as **Exhibit 3** is a true and correct copy of the March 18, 1992 Memorandum from Roland MacDonald to Joseph Spetrini titled *Final Scope Ruling on Request by Sprink, Inc. to Exclude Sprink-let Carbon Steel Butt Weld Pipe Fittings from the Antidumping Duty Order on Carbon Steel Butt-Weld Pipe Fittings from Taiwan*.

5. Attached hereto as **Exhibit 4** is a true and correct copy of the Department of Commerce's July 6, 1992 ruling entitled *Antidumping Duty Order and Amendment to the Final Determination of Sales at Less Than Fair Value: Certain Carbon Steel Butt-Weld Pipe Fittings from the People's Republic of China*, 57. Fed. Reg. 29702, 29703.

6. Attached hereto as **Exhibit 5** is a true and correct copy of *Issues and*

*Decision Memorandum for the Expedited Sunset Reviews of the Antidumping Duty Orders on Carbon Steel Butt-Weld Pipe Fittings from Brazil, Japan, Taiwan, Thailand, and the People's Republic of China*, issued by the International Trade Administration of the United States Department of Commerce on June 28, 2016.

7. Attached hereto as **Exhibit 6** is a true and correct copy of the September 10, 2018 Memorandum from Annathea Cook to James Maeder titled *Antidumping Duty Order on Carbon Steel Butt-Weld Pipe Fittings from the People's Republic of China: Final Scope Ruling on Vandewater International Inc.'s Steel Branch Outlets*.

8. Attached hereto as **Exhibit 7** is a true and correct copy of the December 11, 2018 Memorandum from Christian Llinas to James Maeder titled *Antidumping Duty Order on Carbon Steel Butt-Weld Pipe Fittings from the People's Republic of China: Final Scope Ruling on SIGMA Corporation's Fire-Protection Welded Outlets*.

9. Attached hereto as **Exhibit 8** is a true and correct copy of the December 20, 2018, Memorandum from James Doyle to James Maeder titled *Antidumping Duty Order on Carbon Steel Butt-Weld Pipe Fittings from the People's Republic of China: Final Scope Ruling on Smith-Cooper International's Cooplet Weld Outlets*.

<u>United States International Trade Commission Materials</u>

10. Attached hereto as **Exhibit 9** is a true and correct copy of Certain Carbon Steel Butt-Weld Pipe Fittings from Brazil and Taiwan, Inv. Nos. 731-TA-308 and 310, USITC Pub. 1918, issued by the U.S. International Trade Commission in December 1986.

11. Attached hereto as **Exhibit 10** is a true and correct copy of Certain Carbon Steel Butt-Weld Pipe Fittings from China and Thailand, Inv. Nos. 731-TA-520 and 521, USITC Pub. 2401, issued by the U.S. International Trade Commission in July 1991.

12. Attached hereto as **Exhibit 11** is a true and correct copy of Carbon Steel Butt-Weld Pipe Fittings from Brazil, China, Japan, Taiwan, and Thailand,

Investigation Nos. 731-TA-308-310 and 520-521, USITC Pub. 4628, issued by the U.S. International Trade Commission in August 2016.

13. Attached hereto as **Exhibit 12** is a true and correct copy of Carbon Steel Butt-Weld Pipe Fittings From Brazil, China, Japan, Taiwan, and Thailand, Investigation Nos. 731-TA-308-310, 520, and 521, USITC Pub. 3809, issued by the U.S. International Trade Commission in October 2005.

14. Attached hereto as **Exhibit 13** are true and correct copies of excerpts of Chapter 73 (Articles of Iron or Steel) of the Harmonized Tariff Schedule of the United States (2020) Revision 7.

United States Customs and Border Protection Materials

15. Attached hereto as **Exhibit 14** is a true and correct copy of a publication of the Unites States Customs and Border Protection agency entitled Antidumping and Countervailing Duties, Priority Trade Issue, CBP Publication #1063-0320. A copy of this publication is available at https://www.cbp.gov/sites/default/files/assets/documents/2020-Mar/ADCVD%20PTI%20brochure32020.pdf

16. Attached hereto as **Exhibit 15** is a true and correct copy of a September 2017 publication of the United States Customs and Border Protection agency entitled What Every Member of the Trade Community Should Know: Reasonable Care: An Informed Compliance Publication. A copy of this publication is available at https://www.cbp.gov/sites/default/files/assets/documents/2020-Feb/icprescare2017revision.pdf

Island Industries Materials

17. Attached hereto as **Exhibit 16** are true and correct copies of excerpts of the February 13, 2020 deposition of Glenn Sanders in this matter.

18. Attached hereto as **Exhibit 17** are true and correct copies of excerpts of the transcript of the March 13, 2020 deposition of Mark Woehrel in this matter.

19. Attached hereto as **Exhibit 18** is a true and correct copy of the March

12, 2020 Expert Report of Kelli Thompson, which was served on Defendants in this matter on March 12, 2020.

20. Attached as **Exhibit 19** are true and correct excerpts of the transcript of the March 24 and March 25, 2020 deposition of Kelli Thompson in this matter.

21. Attached as **Exhibit 20** is a true and correct excerpts of U.S. CBP Office of International Trade Regulatory Audit, Focused Assessment Pre-Assessment Survey Audit Program, October 1, 2014, used and marked as Exhibit 18 at the March 24 and March 25, 2020 deposition of Kelli Thompson in this matter.

<u>Materials Submitted by Defendants Jointly</u>

22. Attached hereto as **Exhibit 21** is a true and correct copy of the Expert Report of Walter Sperko, which was served on March 3, 2020.

23. Attached hereto as **Exhibit 22** are true and correct copies of excerpts of the March 23, 2020 deposition of Walter Sperko in this matter.

<u>SCI Materials</u>

24. Attached hereto as **Exhibit 23** are true and correct copies of excerpts of the transcript of the February 21, 2020 deposition of Jason Hild in this action. Mr. Hild was deposed pursuant to Fed. R. Civ. P. 30(b)(6) as the corporate designee for Defendant Smith-Cooper International, Inc.

25. Attached hereto as **Exhibit 24** are true and correct copies of excerpts of the transcript of the February 19, 2020 deposition of Robert Tripp in this matter.

26. Attached hereto as **Exhibit 25** are true and correct copies of SCI's Nov. 25, 2019 Responses and Feb. 19, 2020 Supplemental Responses to Island's First Set of Special Interrogatories.

27. Attached hereto as **Exhibit 26** is a true and correct copy of a document branded with Bates number SCI_Civil 1, produced by SCI in this action.

28. Attached hereto as **Exhibit 27** is a true and correct copy of a document branded with Bates number SCI_Civil_15612–15616., produced by SCI in this action.

29. Attached hereto as **Exhibit 28** is a true and correct copy of a document branded with Bates number SCI_Civil 18599, produced by SCI in this action.

30. Attached hereto as **Exhibit 29** is a true and correct copy of a document branded with Bates number SCI_Civil 18680, produced by SCI in this action.

31. Attached hereto as **Exhibit 30** is a true and correct copy of a document branded with Bates number SCI_Civil 18789, produced by SCI in this action.

32. Attached hereto as **Exhibit 31** is a true and correct copy of a document branded with Bates number SCI_Civil 18849, produced by SCI in this action.

33. Attached hereto as **Exhibit 32** is a true and correct copy of a document branded with Bates number SCI_Civil 19340, produced by SCI in this action.

34. Attached hereto as **Exhibit 33** is a true and correct copy of a document branded with Bates number SCI_Civil 19363, produced by SCI in this action.

35. Attached hereto as **Exhibit 34** is a true and correct copy of a document branded with Bates number SCI_Civil 19369, produced by SCI in this action.

36. Attached hereto as **Exhibit 35** is a true and correct copy of a document branded with Bates number SCI_Civil 22563, produced by SCI in this action.

37. Attached hereto as **Exhibit 36** is a true and correct copy of a document branded with Bates number SCI_Civil_22659, produced by SCI in this action.

38. Attached hereto as **Exhibit 37** is a true and correct copy of a document branded with Bates number SCI_Civil 22714, produced by SCI in this action.

### Sigma Materials

39. Attached hereto as **Exhibit 38** are true and correct copies of excerpts of the transcript of the March 4, 2020 deposition of Siddharth Bhattacharji in this matter.

40. Attached hereto as **Exhibit 39** are true and correct copies of excerpts of the transcript of the March 3, 2020 deposition of Mitchell Rona in this matter. Mr. Rona was deposed pursuant to Fed. R. Civ. P. 30(b)(6) as the corporate designee for Defendant Sigma Corporation.

41. Attached hereto as **Exhibit 40** are true and correct copies of excerpts of the transcript of the March 6, 2020 deposition of Patricia Velasquez in this matter.

42. Attached hereto as **Exhibit 41** are true and correct copies of excerpts of the transcript of the March 5, 2020 deposition of Mitchell Rona in this matter. Mr. Rona was deposed pursuant to Fed. R. Civ. P. 30(b)(6) as the corporate designee for Defendant Sigma Corporation.

43. Attached hereto as **Exhibit 42** are true and correct copies of Sigma's February 7, 2020 Supplemental Responses to Island's First of Special Interrogatories.

44. Attached hereto as **Exhibit 43** is a true and correct copy of a document branded with Bates number SIGMA-00000363, produced by Sigma in this action.

45. Attached hereto as **Exhibit 44** is a true and correct copy of a document branded with Bates number SIGMA-00001710, produced by Sigma in this action.

46. Attached hereto as **Exhibit 45** is a true and correct copy of a document branded with Bates number SIGMA-00001906, produced by Sigma in this action.

47. Attached hereto as **Exhibit 46** is a true and correct copy of a document branded with Bates number SIGMA-00002002, produced by Sigma in this action.

48. Attached hereto as **Exhibit 47** is a true and correct copy of a document branded with Bates number SIGMA-00002318, produced by Sigma in this action.

49. Attached hereto as **Exhibit 48** is a true and correct copy of a document branded with Bates number SIGMA-00002639, produced by Sigma in this action.

50. Attached hereto as **Exhibit 49** is a true and correct copy of a document branded with Bates number SIGMA-00003034, produced by Sigma in this action.

51. Attached hereto as **Exhibit 50** is a true and correct copy of a document branded with Bates number SIGMA-00003633, produced by Sigma in this action.

52. Attached hereto as **Exhibit 51** is a true and correct copy of a document branded with Bates number SIGMA-00003641, produced by Sigma in this action.

53. Attached hereto as **Exhibit 52** is a true and correct copy of Sigma

6

DECLARATION OF MATTHEW H. MARMOLEJO ISO ISLAND'S OPPOSITIONS TO DEFENDANTS' MOTIONS FOR SUMMARY JUDGMENT; CASE NO. 2:17-cv-04393-RGK-KS

Corporation's initial disclosures.

## Vandewater Materials

54. Attached hereto as **Exhibit 53** are true and correct copies of excerpts of the transcript of the February 25, 2020 deposition of Neil Ruebens in this matter. Mr. Ruebens was deposed pursuant to Fed. R. Civ. P. 30(b)(6) as the corporate designee for Defendant Vandewater International.

55. Attached hereto as **Exhibit 54** are true and correct copies of excerpts of the transcript of the February 26, 2020 deposition of Jordan Ruebens in this matter.

56. Attached hereto as **Exhibit 55** are true and correct copies of excerpts of the transcript of the March 9, 2020 deposition of Shelby Ruebens in this matter.

57. Attached hereto as **Exhibit 56** are true and correct copies of excerpts of the transcript of the February 27, 2020 deposition of Hank Zawada in this matter.

58. Attached hereto as **Exhibit 57** are true and correct copies of Vandewater International's January 7, 2020 Supplemental Responses to Island's First of Special Interrogatories.

59. Attached hereto as **Exhibit 58** is a true and correct copy of a document branded with Bates number Vandewater 0000782, produced by Vandewater in this action.

60. Attached hereto as **Exhibit 59** is a true and correct copy of a document branded with Bates number Vandewater 0001548, produced by Vandewater in this action.

61. Attached hereto as **Exhibit 60** is a true and correct copy of a document branded with Bates number Vandewater 0003124, produced by Vandewater in this action.

62. Attached hereto as **Exhibit 61** is a true and correct copy of a document branded with Bates number Vandewater 0009557, produced by Vandewater in this action.

63. Attached hereto as **Exhibit 62** is a true and correct copy of a document

7
DECLARATION OF MATTHEW H. MARMOLEJO ISO ISLAND'S OPPOSITIONS TO
DEFENDANTS' MOTIONS FOR SUMMARY JUDGMENT; CASE NO. 2:17-cv-04393-RGK-KS

branded with Bates number Vandewater 0015955, produced by Vandewater in this action.

64. Attached hereto as **Exhibit 63** is a true and correct copy of a document branded with Bates number Vandewater 0016016, produced by Vandewater in this action.

65. Attached hereto as **Exhibit 64** is a true and correct copy of a document branded with Bates number Vandewater 0039572, produced by Vandewater in this action.

66. Attached hereto as **Exhibit 65** is a true and correct copy of the March 23, 2020 Declaration of Linda Jeambert.

I declare under penalty of perjury that the foregoing is true and correct.

Executed this 27th day of April 2020 in Los Angeles, CA.

By: _____
Matthew H. Marmolejo