Link to 334

**UNITED STATES DISTRICT COURT**

**CENTRAL DISTRICT OF CALIFORNIA**

UNITED STATES OF AMERICA *ex rel*. ISLAND INDUSTRIES, INC.,

Plaintiff,

VANDEWATER INTERNATIONAL INC.; NEIL REUBENS; ANVIL INTERNATIONAL, LLC; SIGMA CORPORATION; SMITH COOPER INTERNATIONAL; ALLIED RUBBER & GASKET COMPANY, and JOHN DOES Nos. 1-10.,

Defendants.

Case No. 2:17-cv-04393-RGK-KS

**[~~PROPOSED~~] ORDER DISMISSING DEFENDANT ALLIED RUBBER AND GASKET COMPANY FROM ACTION**

Date: August 31, 2020
Time: 9:00 A.M.
Dept: 850
Judge: Hon. Gary Klausner

# [PROPOSED] ORDER

Based on the Renewed Joint Motion of Plaintiff-Relator Island Industries, Inc. and Defendant Allied Rubber and Gasket Company ("ARGCO") to Dismiss Allied Rubber and Gasket Company by Confidential Settlement, and for good cause shown, the Court hereby ORDERS as follows:

1. As to Relator Island Industries, Inc., the claims against ARGCO are dismissed in their entirety with prejudice;
2. As to the United States, the claims against ARGCO are dismissed with prejudice as to the Covered Conduct as that term is defined in Recitals Paragraph E of the Settlement Agreement and is dismissed without prejudice with respect to all remaining claims against ARGCO; and
3. The Court shall retain jurisdiction to adjudicate, if necessary, Relator Island's claim to a share of the proceeds of the Civil Action pursuant to 31 U.S.C. § 3730(d).

**IT IS SO ORDERED.**

Dated: August 5, 2020

Hon. R. Gary Klausner
United States District Judge