MAYER BROWN LLP
MATTHEW H. MARMOLEJO (SBN 242964)
 *mmarmolejo@mayerbrown.com*
C. MITCHELL HENDY (SBN 282036)
 *mhendy@mayerbrown.com*
350 South Grand Avenue, 25th Floor
Los Angeles, CA 90071-1503
Tel:  (213) 229-9500
Fax: (213) 576-8185

MAYER BROWN LLP
KELLY B. KRAMER (*pro hac vice*)
 *kkramer@mayerbrown.com*
1999 K Street, NW
Washington, D.C. 20006
Tel:  (202) 263-3007
Fax: (202) 263-5207

Attorneys for Plaintiff-Relator
ISLAND INDUSTRIES, INC.

# UNITED STATES DISTRICT COURT

# CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA *ex rel.* ISLAND INDUSTRIES, INC., <br><br> Plaintiff, <br><br> vs. <br><br> VANDEWATER INTERNATIONAL INC.; NEIL REUBENS; ANVIL INTERNATIONAL, LLC; SIGMA CORPORATION; SMITH COOPER INTERNATIONAL; ALLIED RUBBER & GASKET COMPANY, and JOHN DOES Nos. 1-10., <br><br> Defendants. | Case No. 2:17-cv-04393-RGK-KS <br><br> **JOINT APPLICATION FOR LEAVE TO FILE UNDER SEA**L <br><br> Courtroom: 850 <br> Judge: Hon. R. Gary Klausner <br><br> [*Declaration of Neil H. McBride; [Proposed] Order filed concurrently herewith*] |

## APPLICATION TO FILE UNDER SEAL

Pursuant to Local Rule 79-5.2.2(a) Relator Island Industries, Inc. ("Island"), Plaintiff United States, and Defendant Smith Cooper International, Inc. ("Smith Cooper"), hereby jointly apply for leave to file under seal, Island and Smith Cooper's Confidential Settlement Agreement, referred to in the Joint Motion to Dismiss Defendant Smith Cooper International by Confidential Settlement.

Pursuant to Local Rule 79-5.2.2(a), this Application is supported by the declaration of Neil H. MacBride. For reasons set forth in the attached declaration, Island, the United States, and Smith Cooper respectfully request that the Court grant this Application to file under seal.

Dated: March 29, 2021        MAYER BROWN LLP

*/s/ Matthew H. Marmolejo*
Matthew H. Marmolejo
Attorneys for Plaintiff-Relator
ISLAND INDUSTRIES, INC.

Dated: March 29, 2021        DAVIS POLK & WARDWELL LLP

*/s/ Neil H. MacBride*
Neil H. MacBride
Attorneys for Defendant
SMITH COOPER INTERNATIONAL, INC.

# ATTESTATION

Pursuant to Local Rule 5-4.3.4(a)(2)(i), I hereby attest that the content of this document is acceptable to Neil H. MacBride, counsel for defendant Smith Cooper International, and that each has authorized the filing.

> */s/ Matthew H. Marmolejo*
> Matthew H. Marmolejo
>
> Attorneys for Plaintiff-Relators
> ISLAND INDUSTRIES, INC.