# UNITED STATES DISTRICT COURT

# CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA *ex rel.* ISLAND INDUSTRIES, INC.,,<br><br>Plaintiffs,<br><br>v.<br><br>VANDEWATER INTERNATIONAL INC.; NEIL REUBENS; ANVIL INTERNATIONAL, LLC; SIGMA CORPORATION; SMITH COOPER INTERNATIONAL; ALLIED RUBBER & GASKET COMPANY, and JOHN DOES Nos. 1-10.,<br><br>Defendants. | Case No. 2:17-cv-04393-RGK-KS<br><br>[~~PROPOSED~~] **ORDER DISMISSING DEFENDANT SMITH COOPER INTERNATIONAL, INC.**<br><br>Date: April 26, 2021<br>Time: 9:00 A.M.<br>Dept: 850<br>Judge: Hon. Gary Klausner |

**[PROPOSED] ORDER**

Having considered Relator Island Industries, Inc. and Defendant Smith Cooper International's Joint Motion to Dismiss Smith Cooper International by Confidential Settlement, the consent of the United States filed in support thereof, and for good cause shown, the Court hereby ORDERS as follows:

1. As to Relator Island Industries, Inc., the claims against Smith Cooper International, Inc. are dismissed in their entirety with prejudice;

2. As to the United States, the claims against Smith Cooper International, Inc. are dismissed with Prejudice as to the Covered Conduct as that term is defined in Recitals Paragraph E of the Confidential Settlement Agreement and is dismissed without prejudice with respect to all remaining claims against Smith Cooper International, Inc. (including, without limitation claims identified in Paragraph 9 of the Confidential Settlement Agreement); and

3. The Court retains jurisdiction to adjudicate, if necessary, Relator Island's claim to a share of the proceeds of the civil action pursuant to 31 U.S.C. § 3730(d), and to enforce, if necessary, the Confidential Settlement Agreement.

**IT IS SO ORDERED.**

Dated: April 5, 2021

_____
Hon. R. Gary Klausner
United States District Judge