UNITED STATES DISTRICT COURT
CENTRAL DISTRICT OF CALIFORNIA

**CIVIL MINUTES - GENERAL**

| Case No. | 2:17-cv-04393-RGK-KS | Date | August 2, 2021 |
|---|---|---|---|
| Title | United States of America, et al. v. Vandewater International, Inc., et al. | | |

| Present: The Honorable | R. GARY KLAUSNER, UNITED STATES DISTRICT JUDGE | |
|---|---|---|
| Sharon L. Williams | Sheri Kleeger | N/A |
| Deputy Clerk | Court Reporter / Recorder | Tape No. |

| Attorneys Present for Plaintiffs: | Attorneys Present for Defendants: |
|---|---|
| Kelly Kramer<br>C. Mitchell Hendy | Lucius Lau<br>Christopher Curran<br>James Green |

**Proceedings:**     **PRETRIAL CONFERENCE**

Court and counsel confer regarding status of the case and damages. The Court gives tentative rulings on motions in limine. Counsel shall submit a joint statement of the case, not to exceed one paragraph, to be read to the jury. Each day of trial, counsel shall provide the court with a list of witnesses to be called, in order that they will be called. Court and counsel confer re voir dire, jury impanelment and court hours. The parties are ordered to attend a further settlement conference before August 17, 2021. The Court informs the parties that it intends to impose time limits of 4 to 5 hours per side.

**IT IS SO ORDERED.**

|  | : | 30 |
|---|---|---|
| | Initials of Preparer | slw |