UNITED STATES DISTRICT COURT
CENTRAL DISTRICT OF CALIFORNIA

**CIVIL MINUTES - GENERAL**

| Case No. | 2:17-cv-04393-RGK-KS | Date | September 8, 2021 |
|---|---|---|---|
| Title | *United States of America et al v. Vandewater Int'l Inc. et al* | | |

| Present: The Honorable | R. GARY KLAUSNER, UNITED STATES DISTRICT JUDGE | |
|---|---|---|
| Jennifer Graciano | Not Reported | N/A |
| Deputy Clerk | Court Reporter / Recorder | Tape No. |

| Attorneys Present for Plaintiff: | Attorneys Present for Defendants: |
|---|---|
| Not Present | Not Present |

**Proceedings:** **(IN CHAMBERS) Order Re:** *Ex Parte* **Application for Summary Judgment [DE 392]**

Presently before the Court is an *Ex Parte* Application for Summary Judgment ("Application") filed by Defendant Sigma Corporation ("Sigma"). (ECF No. 392.)

Federal Rule of Civil Procedure 56(b) provides: "Unless a different time is set by local rule or the court orders otherwise, a party may file a motion for summary judgment at any time until 30 days after the close of all discovery." The discovery cut-off date in this case was March 25, 2020. (Mins. Scheduling Conference, ECF No. 138.) Neither the local rules nor the Court provide a different time by when a party can file a motion for summary judgment. As such, Sigma's filed its application for summary judgment too late—almost a year and a half passed the deadline.

Accordingly, the Court **DENIES** Sigma's *Ex Parte* Application.

**IT IS SO ORDERED.**

:

Initials of Preparer