# UNITED STATES DISTRICT COURT
# CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA ex. rel. ISLAND INDUSTRIES, INC.,<br><br>Plaintiff,<br><br>vs.<br><br>VANDEWATER INTERNATIONAL, INC., et al.,<br><br>Defendant(s). | Case No. 17-cv-04393-RGK-KS<br><br>**JURY VERDICT FORM**<br><br>Trial Date:   September 28, 2021<br>Time:         9:00 AM<br>Judge:        Hon. R. Gary Klausner |

REDACTED

We the jury in the above titled case answer the questions posed to us as follows:

1. Do you find by a preponderance of the evidence that Defendant violated the False Claims Act by knowingly making false statements to avoid an obligation to pay money to the Government?

   Answer: ___✓___ Yes   _____ No

If your answer to question 1 is "Yes," proceed to the next question. If your answer to question 1 is "No," stop here, answer no further questions, and have the presiding juror sign and date this form.

2. Do you find that the Government reasonably should have known by June 13, 2014 of any violation that Plaintiff alleges Defendant committed before June 13, 2011?

   Answer: _____ Yes   ___✓___ No

If your answer to question 2 is "Yes," proceed to the next question. If your answer to question 2 is "No," skip question 3 and proceed to question 4.

3. What is the amount of damages that Plaintiff has proven that Defendant owes for violations that occurred on or after June 13, 2011?

   $_____

After answering question 3, stop here, answer no further questions, and have the presiding juror sign and date this form.

4. What is the amount of damages that Plaintiff has proven that Defendant owes?

   $ 8,085,546.03

Signed:

_____
Presiding Juror

Dated: Oct. 7, 2021

1