LINK TO [431]

**UNITED STATES DISTRICT COURT**

**CENTRAL DISTRICT OF CALIFORNIA**

| | |
|---|---|
| UNITED STATES OF AMERICA *ex rel.* ISLAND INDUSTRIES, INC.,<br><br>　　　　Plaintiff,<br>　vs.<br>VANDEWATER INTERNATIONAL, INC., et al.,<br><br>　　　　Defendants. | Case No. 2:17-cv-04393-RGK-KS<br><br>[~~PROPOSED~~] **FINAL JUDGMENT FOLLOWING JURY VERDICT IN FAVOR OF PLAINTIFF UNITED STATES OF AMERICA AGAINST DEFENDANT SIGMA CORPORATION**<br><br>Judge:　　Hon. R. Gary Klausner<br>Trial Date:　October 5, 2021 |

1 | In accordance with the jury's verdict in this matter (ECF #421), the Court enters this final judgment in favor of Plaintiff United States and against Defendant Sigma Corporation as follows:

It is hereby ORDERED AND ADJUDGED that:

1. Judgment is hereby entered in favor of the United States.
2. Defendant Sigma Corporation is liable to the United States for treble damages under the False Claims Act in the amount of $24,256,638.09. 31 U.S.C. § 3729(a)(1).
3. Defendant Sigma Corporation is further liable to the United States for civil monetary penalties in the amount of $1,824,145.00. *Id.*
4. Post-judgment interest shall accrue pursuant to 28 U.S.C. § 1961.

The Court determines there is no just reason for delay and enters this final judgment with respect to Sigma Corporation pursuant to Federal Rule of Civil Procedure 54(b).

Pursuant to 31 U.S.C. § 3730(d)(2), Defendant Sigma Corporation is liable for the costs of suit, including reasonable attorneys' fees, in an amount to be determined by motion or stipulation. The Court retains jurisdiction over any motion for statutory expenses, reasonable attorneys' fees, and costs, which motion shall be brought within 28 days of entry of this Judgment.

The Court likewise retains jurisdiction with respect to the remaining defendants and as to any dispute that may arise concerning the Relator's share of this judgment, pursuant to 31 U.S.C. § 3730(d)(2).

Dated: February 8, 2022

_/s/ Gary Klausner_
Honorable R. Gary Klausner
UNITED STATES DISTRICT JUDGE