Mark Gustafson (SBN 198902)
Email: mgustafson@whitecase.com
WHITE & CASE LLP
555 South Flower Street, Suite 2700
Los Angeles, CA 90071-2433
Telephone: (213) 620-7700
Facsimile: (213) 452-2329

Christopher M. Curran (*pro hac vice*)
Email: ccurran@whitecase.com
Lucius B. Lau (*pro hac vice*)
Email: alau@whitecase.com
Cristina Brayton-Lewis (*pro hac vice*)
Email: cbraytonlewis@whitecase.com
WHITE & CASE LLP
701 13th Street, N.W.
Washington, DC 20005-3807
Telephone:  (202) 626-3600
Facsimile:   (202) 639-9355

Attorneys for Defendant,
SIGMA CORPORATION

UNITED STATES DISTRICT COURT

CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA *ex rel.* ISLAND INDUSTRIES, INC.,<br><br>Plaintiffs,<br><br>v.<br><br>VANDEWATER INTERNATIONAL INC., et al.,<br><br>Defendants. | Case No. 2:17-cv-04393-RGK-KS<br><br>**DEFENDANT SIGMA CORPORATION'S AMENDED NOTICE OF APPEAL TO THE UNITED STATES COURT OF APPEALS FOR THE NINTH CIRCUIT**<br><br>Judge: Hon. R. Gary Klausner |

NOTICE IS HEREBY GIVEN that Defendant Sigma Corporation ("Sigma") hereby amends its Notice of Appeal to the United States Court of Appeals for the Ninth Circuit, filed with this Court on January 7, 2022 (Dkt. 442) and docketed in the United States Court of Appeals for the Ninth Circuit as Case No. 22-55063. With this Amended Notice, Sigma hereby appeals from the Final Judgment Following Jury Verdict (Dkt. 454), entered on February 8, 2022, and all interlocutory orders, rulings, and instructions that preceded this Order. A copy of the Order is attached hereto. Sigma expressly incorporates its prior Notice of Appeal in this Amended Notice.

Sigma's Representation Statement is attached to this Notice as required by Ninth Circuit Rule 3-2(b).

Dated: March 4, 2022

Respectfully submitted,

WHITE & CASE LLP

By: */s/ Lucius B. Lau*
Christopher M. Curran (*pro hac vice*)
Lucius B. Lau (*pro hac vice*)
Cristina Brayton-Lewis (*pro hac vice*)
701 13th Street NW
Washington, DC 20005
ccurran@whitecase.com
alau@whitecase.com
cbraytonlewis@whitecase.com

Mark Gustafson (SBN 198902)
555 South Flower Street, Suite 2700
Los Angeles, CA  90071-2433
mgustafson@whitecase.com

Attorneys for Defendant
SIGMA CORPORATION