# EXHIBIT E

TIMEKEEPER RATES

| Timekeeper | Rank | Comp Year | Currency | 2016 Standard Rate | 2017 Standard Rate | 2018 Standard Rate | 2019 Standard Rate | 2020 Standard Rate | 2021 Standard Rate | 2022 Standard Rate |
|---|---|---|---|---|---|---|---|---|---|---|
| Barac, Nicoleta C. | Staff Attorney | 0 | USD | | | | | 400 | 425 | 440 |
| Bennett, Peter C. | Paralegal | 0 | USD | | | | | 385 | 395 | 405 |
| Ben-Veniste, Richard | Partner | 1967 | USD | | | | | 1295 | 1395 | 1480 |
| Callahan, Sandor A. | Associate | 2017 | USD | | | | | | 740 | |
| Dillon, Marcia M. | Staff Attorney | 0 | USD | | | | | 400 | 425 | |
| Echarte Morales, Gretel | Associate | 2013 | USD | | | | | 790 | 895 | 950 |
| Goeke, Reginald R. | Equity Partner | 1994 | USD | | | | | 1105 | 1210 | 1280 |
| Hendy, Mitchell | Associate | 2012 | USD | | | | 785 | 855 | 925 | 990 |
| Keck, Sasha L. | Associate | 2017 | USD | | | | 570 | 640 | 740 | 795 |
| Kops, Lindsay | Paralegal | 0 | USD | | | | 295 | 305 | 320 | 330 |
| Kramer, Kelly B. | Equity Partner | 0 | USD | 865 | 895 | 940 | 995 | 1070 | 1175 | 1245 |
| McConkey, Matthew | Equity Partner | 1991 | USD | | | | 835 | 870 | 930 | 1015 | 1105 |
| Marmolejo, Matthew H. | Equity Partner | 2005 | USD | | | 795 | 835 | 890 | 965 | 1035 | 1095 |
| Neilsen, Stephen | Trial Graphics Analyst | 0 | USD | | | | | | 250 | 250 |
| Payton, Alexus B. | Associate | 2017 | USD | | | | | 570 | 640 | |