NOTE: CHANGE MADE BY THE COURT

10

11              UNITED STATES DISTRICT COURT

12              CENTRAL DISTRICT OF CALIFORNIA

13

14  UNITED STATES OF AMERICA *ex*          Case No. 2:17-cv-04393-RGK-
    *rel.* ISLAND INDUSTRIES, INC.,         KS
15
                    Plaintiffs,             **ORDER GRANTING**
16                                          **SIGMA CORPORATION'S**
          v.                                **MOTION TO APPROVE**
17                                          **SUPERSEDEAS BOND AND**
    VANDEWATER INTERNATIONAL                **STAY EXECUTION OF**
18  INC., et al.,                           **JUDGMENT** [455]

19                  Defendants.

20

21

22

23

24        The Court, having read and considered Defendant Sigma Corporation's

25  ("Sigma's") Motion to Approve Supersedeas Bond and Stay Execution of Judgment

26  and the associated papers, and good cause appearing therefor, makes the following

27  Order:

28

---

1

2         The Motion to Approve Supersedeas Bond and Stay Execution of Judgment

3    is hereby GRANTED.  The Court approves the supersedeas bond in the amount of

4    $30 million, with surety United States Fire Insurance Company, and stays

5    execution of the judgment pending Sigma's appeal to the United States Court of

6    Appeals for the Ninth Circuit, pursuant to Rule 62(b) of the Federal Rules of

7    Civil Procedure.  Sigma shall lodge the bond with the Court by May 12, 2022.

8    IT IS SO ORDERED.

9

10

11   Dated:   _____May 5, 2022_____

12

13   Hon. R. Gary Klausner
     United States District Judge

14   cc: FISCAL

15

16

17

18

19

20

21

22

23

24

25

26

27

28

ORDER GRANTING SIGMA CORPORATION'S MOTION TO APPROVE SUPERSEDEAS BOND AND STAY EXECUTION OF JUDGMENT
(Case No  2:17-cv-04393-RGK-KS)