# UNITED STATES DISTRICT COURT
# CENTRAL DISTRICT OF CALIFORNIA

JS6

## CIVIL MINUTES -REOPENING/CLOSING

Case No. 2:17-cv-04393-RGK-KSx   Date May 18, 2022

Title: United States of America et al v. Vandewater International Inc. et al.

Present: The Honorable R. GARY KLAUSNER, U.S. District Judge

| Joseph Remigio | Not Reported |
|---|---|
| Deputy Clerk | Court Reporter / Recorder |

Attorneys Present for Plaintiffs:   Attorneys Present for Defendants:

Not Present   Not Present

Proceedings:   ☐ In Court   ☒ In Chambers   ☐ Counsel Notified

☐ Case previously closed in error. Make JS-5.

☒ Case should have been closed on entry dated May 13, 2022*.

☐ Case settled but may be reopened if settlement is not consummated within _____ days. Make JS-6.

☒ Other  *See Order at docket entry 466.

☐ Entered _____.

Initials of Preparer   jre/k